CT/cvmhrg (January 10, 2002)

HONORABLE __HALL__
DEPUTY CLERK __BORISKEY__   RPTR/ERO/TAPE __FEDANZA__

TOTAL TIME: _1_ hours ___ minutes

DATE __1-6-04__   START TIME __9:00__   END TIME __10:00__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

PETROLITO

vs.

ARROW FINANCIAL

CIVIL NO. __3:02CV484JCH__

_____
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ #81  Motion __TO COMPEL__                        ☑ granted ☐ denied ☐ advisement
☑ #84  Motion __TO EXT TIME FOR DISCOVERY__        ☐ granted ☑ denied ☐ advisement

Hearing continued until _____ at _____