```
                                              FILED

                                         2004 MAR -9  A 9:43

        UNITED STATES DISTRICT COURT
          DISTRICT OF CONNECTICUT        US DISTRICT COURT
                                           BRIDGEPORT CT
```

LUCIANO PETROLITO, on behalf of        :
himself and all others similarly situated  :
                                       :
            Plaintiff,                 :    CIVIL ACTION NO.
                                       :    3:02CV00484(JCH)(HBF)
vs.                                    :
                                       :
ARROW FINANCIAL SERVICES, LLC          :
                                       :
      Defendant.                       :    MARCH 8, 2004

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 37(a), the defendant, Arrow Financial Services LLC, hereby moves for an order compelling the plaintiff, Luciano Petrolito, to produce a copies of his agreements with counsel for plaintiff, in response to the production request dated February 20, 2004. Plaintiff objected to the production of the requested documents.

The undersigned represents that she has consulted counsel for the plaintiff and was unable to resolve the subject objection. In support of this motion, the defendant submits a memorandum of law and the affidavit of counsel.

{N0715117}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

THE DEFENDANT,
ARROW FINANCIAL SERVICES LLC


BY: _____
Ann H. Rubin
Federal Bar No. ct 04486
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
(203) 573-1200
Its Attorneys

{N0715117}                                   2

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

David A. Searles
Donovan Sealres, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604


_____
Ann H. Rubin