FILED

2004 MAR -9  A 9:43

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV00484(JCH)(HBF) |
| vs. | : |
| ARROW FINANCIAL SERVICES, LLC | : |
| Defendant. | : MARCH 8, 2004 |

## AFFIDAVIT

I, Ann H. Rubin, being duly sworn, hereby depose and say:

1. I am over the age of eighteen, and I believe in the obligations of an oath.

2. I am counsel to the defendant in this action, and submit this affidavit in support of defendant's motion to compel of even date herewith.

3. On February 20, 2004, I noticed plaintiff's deposition, for February 25, 2004. A true and correct copy of the notice of deposition is submitted to the court with defendant's motion to compel.

4. The deposition notice included a request for production of documents. Plaintiff refused to produce any documents, and filed an objection, a copy of which is submitted to the court with defendant's motion to compel.

5. By letter dated March 1, 2004, I attempted to resolve the dispute concerning the document production concerning plaintiff's agreements with counsel concerning this case.

6. As of this date, I have received no response to this effort from plaintiff's counsel.

{N0715173}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                        Post Office Box 1110
                                                  Waterbury, CT 06721-1110
                                                  Telephone: 203 573-1200

7. Defendant has a good faith basis to obtain copies of the requested agreement(s), as set forth in detail in the motion to compel.

_____
Ann H. Rubin

Subscribed and sworn to before me on this 8th day of March, 2004.

_____

**KRISTIN L. HANSEN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2008

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*[signature]*
Ann H. Rubin

{N0715173}  3

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200