## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02CV00484(JCH)(HBF) |
| vs. | : : | |
| ARROW FINANCIAL SERVICES, LLC | : : | |
| Defendant. | : | MARCH 19, 2004 |

### MOTION FOR RECONSIDERATION OF COURT ORDER

The Defendant respectfully moves that the court to reconsider its Order Granting Class Certification, filed on March 9, 2004. The grounds for this motion are that, on March 9, 2004, defendant filed a supplemental memorandum of law in opposition to class certification, following the deposition of the named plaintiff, on the issue of whether plaintiff is an adequate representative of the proposed class. The evidence contained in defendant's supplemental memorandum was not before the court when it issued the Order. This evidence is now on file with the court, and demonstrates that plaintiff is not an adequate representative of the proposed class.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY REQUIRED**

{N0715493}

The Defendant submits herewith a Memorandum of Law in support of this motion.

        THE DEFENDANT,
        ARROW FINANCIAL SERVICES LLC


BY:    ___/S/  ANN H. RUBIN_____
        Ann H. Rubin
        Federal Bar No. ct 04486
        Carmody & Torrance LLP
        50 Leavenworth Street
        P.O. Box 1110
        Waterbury, CT  06721-1110
        (203) 573-1200
        Its Attorneys

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511


David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604


                                            /S/  ANN H. RUBIN_____
                                            Ann H. Rubin

{N0715493}                     3