**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUCIANO PETROLITO | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-cv-484 (JCH) |
| v.        : | | |
| : | | |
| ARROW FINANCIAL SERVICES, LLC | : | |
| | : | |
| Defendant. | : | April 1, 2004 |

MOTION FOR ORDER REGARDING NOTICE TO CLASS

The Court having certified this matter as a class action, plaintiff moves for an order

approving the attached proposed notice and requiring Counsel for the Defendant to furnish to

counsel for the Plaintiff a complete list that includes the names and current addresses of all

members of the Class within thirty (30) days of this Order.  Counsel for defendant was provided

with an opportunity to comment on the attached Proposed Order but declined to do so.

THE PLAINTIFF


BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.faulkner@snet.net


    This is to certify that the foregoing and attached was mailed on March 30, 2004, postage
prepaid, to:

Ann H. Rubin
P.O. Box 1950
New Haven CT 06509-1950

    __/s/ Joanne S. Faulkner__
    Joanne S. Faulkner

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUCIANO PETROLITO | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-cv-484 (JCH) |
| v. | : | |
| | : | |
| ARROW FINANCIAL SERVICES, LLC | : | |
| Defendant. | : | |

**ORDER**

    **AND NOW**, this _____ day of _____, 2004, upon consideration of the

Motion for Approval of Class Action Notice submitted by the Plaintiff, it is hereby ORDERED

that the proposed Class Action Notice is approved, and the notice of this action shall be given to

all members of the Class as hereinafter provided:

    **I.**    **NOTICE**

(caption)

**NOTICE OF CLASS ACTION**

    **TO:**

    All persons in Connecticut from whom Arrow Financial Services, LLC,
sought to collect a non-business debt  after March 20, 2001, which Arrow
purported to have purchased or received assignment of after the debt became in
default.

**PLEASE READ THIS NOTICE CAREFULLY.**

**YOU ARE NOT BEING SUED BUT YOUR RIGHT TO SUE ARROW IS AFFECTED.**

    **PLEASE TAKE NOTICE** THAT PURSUANT TO AN Order issued by the Honorable

Janet C. Hall of the United States District Court for the District of Connecticut, you are advised

of the existence of the above entitled class action lawsuit that was filed on March 20, 2002.  On

March 5, 2004, the Court decided that this case should proceed as a class action under Federal

Rule of Civil Procedure 23 and on [date of Order] directed that this Notice be sent to you. If you are a member of the Class (a person from whom Arrow attempted to collect a non-business debt after March 20, 2001 which Arrow claims to have purchased or received an assignment of after the debt became in default), your rights are being determined in this case.

## BACKGROUND

This case was filed by Plaintiff Luciano Petrolito against Arrow Financial Services, LLC (the "Defendant"), pursuant to the Fair Debt Collection Practices Act ("FDCPA") and the Connecticut Unfair Trade Practices Act ("CUTPA").

To briefly summarize the case, the Plaintiff alleges that Defendant purchased or received assignment of your consumer debt that had been charged off and then tried to collect payment of that debt, in violation of the Connecticut Consumer Collection Agency Act, § 36a-805. Defendant maintains that it complied with all applicable laws.

## PARTICIPATION IN THE CLASS

Being a member of the Class means that if a judgment is entered by the Court in the case, or if the case is settled and the settlement is approved by the Court, you will be bound by the judgment or settlement and be eligible for any settlement benefits. In connection with this, you must decide whether you want to be included as a member of the Class or whether you want to be excluded from the Class.

**Inclusion in the Class**. If you want to be included in the Class, you do not need do anything at this time, and you will automatically participate in this lawsuit as a Class member. You will be bound by any judgment or other disposition of the lawsuit, including any settlement. you will automatically be included in the Class if you do not submit a written request to be excluded.

**Exclusion from Class**.  If you request to be excluded from the Class, you will not participate in this lawsuit or in any settlement of this lawsuit.  You will not be bound by any judgment or other disposition of the case, and you will not be eligible to participate if there is a settlement, nor will you be bound by any release of the Defendants. If you request exclusion, you have a limited time to file your own separate individual lawsuit.

In order to elect to be excluded from the Class, you must submit such a request in writing and mail or deliver the request, on or before [**30 days from date of Notice**] to:

Clerk of Court
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

You must also send a copy to

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

Ann H. Rubin
P.O. Box 1950
New Haven CT 06509-1950

If the request for exclusion is not received by the date indicated above, you will be included in the Class.

Any questions you have concerning this case should be directed in writing to Counsel for the Plaintiff:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511-2422

## OTHER MATTERS

This Notice does not fully describe all of the claims and defenses of this lawsuit.  You may, of course, seek the advice and guidance of your own attorney if you desire.  For further

information, you may review all of the pleadings and other documents filed in this case at the Office of the Clerk set forth above.  DO NOT CONTACT THE CLERK OR THE JUDGE WITH ANY QUESTIONS ABOUT THIS CASE.


Date:            , 2004            _____
                                  Clerk of Court

**II.**    **METHOD OF NOTICE**

The foregoing Notice to the Class members shall be given in the following manner:

Counsel for the Defendant shall furnish to counsel for the Plaintiff a complete list that includes the names and current addresses of all members of the Class within thirty (30) days of this Order.  Plaintiff shall mail the Notice to each member of the Class within sixty (60) days of this Order.

BY THE COURT:


_____
Janet C. Hall, U.S.D.J.