# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETROLITO | : |
|     Plaintiff | : |
| | :    CIVIL ACTION NO. |
| v. | :    3-02-cv-484 (JCH) |
| | : |
| ARROW FINANCIAL SVS. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

   √     A ruling on all pretrial motions except dispositive motions (orefmisc./ dscv)

\_\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./ dscv)

_____  A ruling on the following motion which is currently pending (orefm.):

\_\_\_\_\_  A settlement conference (orefmisc./ cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of April, 2004.


                /s/ Janet C. Hall
                Janet C. Hall
                United States District Judge