```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT
                                     :
LUCIANO PETROLITO                    :
     Plaintiff                       :     CIVIL NO. 3:02CV484 (HBF)
                                     :
v.                                   :
                                     :
ARROW FINANCIAL SERVICES, LLC        :
     Defendant                       :
```

DISCOVERY RULINGS [Doc. ##96, 104]

Pending is defendant's Motion to Compel Production of Documents **[Doc. #96]** and plaintiff's Motion for Order Regarding Notice to Class **[Doc. #104]**. Oral argument was held on July 12, 2004. After careful consideration, the Court rules as follows.

Defendant's Motion to Compel Production of Documents **[Doc. #96]** is **DENIED** after in camera review. Mindful of defendants' argument, the Court has reviewed the document, seeking any statement regarding counsel's authority to settle the case. There is no such language contained in this fee agreement.

Plaintiff's Motion for Order Regarding Notice to Class **[Doc. #104]** is **GRANTED** in part and **DENIED** in part. Competing notices were presented to the Court by each party at oral argument.

At oral argument, the parties represented that they had resolved the issues set forth on pages one and two of defendant's red line copy.

The parties agreed to the language proposed on page 3, sentences 1-2, in defendant's red line copy.

The parties agreed to the language proposed on page 3, "Inclusion in the Class" and "Exclusion of Class", in defendant's red line copy.

The Court approves plaintiff's proposed language on page 4 as follows. "Any questions you have concerning this case should be directed in writing to Counsel for the Plaintiff." Defendant's proposed language is DENIED.

The Court approves the parties' proposed language on page 4-5, "Method of Service," as follows. "Counsel for the Defendant shall furnish to counsel for the Plaintiff a list that includes the names and last known addresses contained in defendant's records for all members of the Class within thirty (30) days of this Order. Plaintiff shall mail the Notice to each member of the Class within sixty (60) days of this Order."  The parties agreed to a stay of this deadline until after a settlement conference is held.

This is not a recommended ruling.  This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the court unless reversed or modified by the district judge upon motion timely made.

ENTERED at Bridgeport this 23rd day of July 2004.

_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE