## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV00484(JCH)(HBF) |
| vs. | : | |
| | : | |
| ARROW FINANCIAL SERVICES, LLC | : | |
| | : | |
| Defendant. | : | September 27, 2004 |

## MOTION TO STAY COURT ORDER FOR NOTICE TO THE CLASS

Pursuant to Fed. R. Civ. P. 7, the Defendant, Arrow Financial Services, LLC

("Arrow"), respectfully moves the Court to stay enforcement of the Court's Order, dated July

23, 2004 (the "Order"), ordering Arrow to provide plaintiffs' counsel with the names and last

known addresses of the members of the class, and ordering plaintiffs' counsel to provide

notice to the members of the class of the pendency of this action. The requested stay is

necessary to permit the court to decide defendant's motion to dismiss this case on the grounds

that this Court lacks subject matter jurisdiction over it, filed of even date herewith. Arrow

requests that the Court stay the Order until such time as the Court has ruled on the motion to

dismiss.

{W1319122;2}

Arrow submits herewith a Memorandum of Law in support of this motion.

THE DEFENDANT,
ARROW FINANCIAL SERVICES LLC


BY: _____
Ann H. Rubin
Federal Bar No. ct 04486
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
(203) 573-1200
Its Attorneys

2

{W1319122;2}

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511

David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Ann H. Rubin

3

{W1319122;2}