UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02CV00484(JCH)(HBF) |
| vs. | : : | |
| ARROW FINANCIAL SERVICES, LLC | : : | |
| Defendant. | : | September 30, 2004 |

## MOTION TO DISMISS AND TO COMPEL ARBITRATION

Pursuant to Fed. R. Civ. Pro. 12(b)(1) and the Federal Arbitration Act, 9 U.S.C. §§ 1-16, the Defendant, Arrow Financial Services, LLC ("Arrow"), respectfully moves the court to dismiss this case and to compel arbitration. The grounds for this motion are that all of the claims involved in this action are subject to mandatory arbitration under a written arbitration agreement. Therefore, the Court lacks subject matter jurisdiction to hear this case.

Arrow submits herewith a Memorandum of Law and the affidavit of First Premier Bank in support of this motion.

                              THE DEFENDANT,
                              ARROW FINANCIAL SERVICES LLC


        BY:    /s/ ANN H. RUBIN_____
                Ann H. Rubin
                Federal Bar No. ct 04486
                Carmody & Torrance LLP
                50 Leavenworth Street
                P.O. Box 1110
                Waterbury, CT  06721-1110
                (203) 573-1200
                Its Attorneys

{W1315326}

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511


David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

*Courtesy Copy*:

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604


　　　　　　　　　　　　　　　　　　　　　　　　  /s/  ANN H. RUBIN_____
　　　　　　　　　　　　　　　　　　　　　　　　Ann H. Rubin