**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02CV00484(JCH) |
| vs. | : | |
| ARROW FINANCIAL SERVICES, LLC | : | September 23, 2004 |
| Defendant. | : | |

**DECLARATION OF BARBARA FAIRCHILD**

I, Barbara Fairchild, of full age, do declare as follows:

1. I am familiar with the facts set forth herein, through personal knowledge, review of corporate records, or both.

2. I am the Unit Manager at First PREMIER Bank, and, in such capacity, I am familiar with account number 5433624600165693 (the "Account") established by Luciano Petrolito pursuant to that certain Credit Card Contract, Security Deposit, and Initial Disclosure, dated 6/22/1996 (the "Contract"), between Luciano Petrolito and First PREMIER Bank, as amended and/or superseded from time to time.

4. Attached hereto as Exhibit A is a true and correct copy of the Contract.

5. Luciano Petrolito neither has, nor has ever had, any account or contract with First PREMIER Bank other than the Account and the Contract.

I declare that the foregoing is true and correct.

Barbara Fairchild

EXHIBIT A

counterclaims, cros[illegible] and third party claims, and claims based upon contract, tort, fraud and other intentional tort, statutes (including Truth-In-Lending Act), regulations, common law and equity.

**Contract Subject to Arbitration.** You agree that this is a contract involving interstate commerce that is governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16, as it may be amended (the "FAA"), and to the extent any provision of that Act is inapplicable, the laws of the State of South Dakota.

Any claim between you and the Bank arising out of or in any way relating to this Contract or your Credit Account shall be settled by binding arbitration in accordance with this Arbitration Provision and the Rules of the National Arbitration Forum ("NAF") in effect at the time the claim is filed (with the sole exception of collection actions by us relating to your Account); provided, however, as an alternative to binding arbitration, you and we retain the right to seek relief in a small claims within the scope of the court's jurisdiction. If for any reason the NAF is unable or unwilling or ceases to serve as arbitration administrator, another nationally recognized arbitration organization utilizing a similar code of procedure will be substituted by us. For any claims covered by this Arbitration Provision, a party who asserted a Claim in a lawsuit in court may elect arbitration with respect to any Claim(s) subsequently asserted in that lawsuit by any other party or parties. The rules and forms of the NAF may be obtained by calling (800) 474-2371, or by visiting the NAF's website at www.arb-forum.com. All claims may be filed at the NAF office, P.O. Box 50191, Minneapolis, Minnesota 55405.

**Waiver of Right to Trial.** YOU UNDERSTAND THAT BECAUSE OF THIS ARBITRATION PROVISION, NEITHER YOU NOR WE HAVE THE RIGHT TO LITIGATE ANY CLAIM IN COURT OR HAVE A JURY TRIAL ON THAT CLAIM; OR TO ENGAGE IN PREARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NAF RULES. YOU AGREE THAT YOU ARE VOLUNTARILY AND KNOWINGLY WAIVING ANY RIGHT YOU MAY HAVE TO GO TO COURT, TO HAVE A JURY TRIAL, TO ENGAGE IN PREARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE NAF RULES, AND OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT.

**Waiver of Right to Participate in Class Action.** YOU AGREE THAT UNDER THIS ARBITRATION PROVISION THERE IS NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS. FURTHER, AN ARBITRATION PROCEEDING CAN ONLY DECIDE OUR OR YOUR INDIVIDUAL CLAIM AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS. YOU AGREE THAT YOU ARE VOLUNTARILY AND KNOWINGLY WAIVING ANY RIGHT TO PARTICIPATE AS A REPRESENTATIVE OR MEMBER OF ANY CLASS CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION UNDER THIS ARBITRATION PROVISION.

**Arbitrator's Award.** You and we agree that, except as set forth below, the arbitrator's decision will be final and binding on all parties subject to this Arbitration Provision. The Arbitration shall apply applicable substantive law consistent with the FAA and applicable statutes of limitations and shall honor claims of privilege recognized at law. Further, you and we agree that the arbitrator has no authority to conduct class-wide proceedings and will be restricted to resolving the individual claims between the parties. The arbitrator otherwise has the ability to award to the prevailing party all remedies available by statute, at law or in equity, including injunctive and declaratory relief where applicable, and including the recovery of reasonable attorneys' fees and the costs of the arbitration as determined by the arbitrator, but specifically excluding punitive damages. YOU AND WE AGREE THAT PUNITIVE DAMAGES ARE NOT RECOVERABLE IN ANY ARBITRATION OR OTHER PROCEEDING UNDER THIS CONTRACT. For awards that do not exceed $5,000.00, the timely request of any party, the arbitrator shall provide a brief written explanation of the basis for the award. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. In an arbitration in which the award exceeds $5,000.00, or in which there is a request for equitable relief with a potential financial impact in excess of $5,000.00, the award of the arbitrator shall be in writing and shall specify the facts and the law on which it is based. In such case, the arbitrator's findings of fact must be supported by substantial evidence and the arbitrator's conclusions of law must not be based on legal error or be erroneous under the substantive law of the United States or, where applicable, the law of the State of South Dakota. Further, in addition to the grounds for vacation, modification or correction of an award under the FAA, the parties shall have the right to judicial review of the arbitrator's award to determine whether the arbitrator's findings of fact are supported by substantial evidence, and whether the arbitrator's conclusions of law are based on legal error or are erroneous under the substantive law of the United States or where applicable, the law of the State of South Dakota. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction only if the court having jurisdiction only if the court determines that the award is supported by substantial evidence and is not erroneous or based on legal error. In conducting the arbitration proceeding, the arbitrator shall not apply the Federal or any state rules of civil procedure or rules of evidence. In addition to the parties' rights to exchange information pursuant to the NAF Rules, either party to expand the scope of discovery allowable under the NAF Rules.

The objecting party may submit objections to the arbitrator with a copy of the objections provided to the requesting party, within fifteen (15) days of the requesting party's notice. The granting or denial of either party's request will be in the sole discretion of the arbitrator who shall notify the parties of the arbitrator's decision within twenly (20) days of the objecting party's submission.

**Location and Expenses.** You or we may initiate Arbitration under the rules of the NAF. If you initiate Arbitration, your cost will be limited to approximately $125.00 (except for optional services you request). An arbitration hearing that you attend shall take place in the federal judicial district of your residence. At your written request, we will consider in good faith making an advance of part or all of the filing, administrative and/or hearing fees up to $2,500.00, for any Claim you initiate and which is submitted to arbitration. At the conclusion of the arbitration, the arbitrator will decide who will ultimately be responsible for paying the filing of administrative and/or hearing fees in connection with the arbitration. Unless inconsistent with applicable law, each party shall bear the expense of the party's own attorneys', experts' and witness fees, regardless of which party prevails in the arbitration.

**Survival and Severability.** This Arbitration Provision shall survive the termination of your Credit Account as well as voluntary payment of the debt in full by you, any legal proceeding by us to collect a debt owed by you, a bankruptcy by you, and any sale by us of your Credit Account. If any portion of this Arbitration Provision is deemed invalid or unenforceable under any law or statute consistent with the FAA, it shall not validate remaining portion of this Arbitration Provision, the Contract or any prior agreement you may have had with us, each of which shall be enforceable regardless of such invalidity. In the event of a conflict or inconsistency between the NAF Rules and this Arbitration Provision, the Arbitrati[illegible]ion shall govern.

**SECURITY DEPOSIT**

1. **Controlling Law** - Your Security Deposit Account Agreement ("Agreement") will be entered into in the State of South Dakota where deposits will be received and your account will be held. Therefore, this Agreement will be interpreted by the laws of the State of South Dakota without regard to its choice of law provisions, or by applicable Federal law. Any disputes or controversies relating to this Agreement are subject to binding arbitration in accordance with the provisions of your Card Contract. In this Agreement, "Bank", "we", "our" and "us" each refer to First PREMIER Bank. "You" and "your" are the person in whose name the Credit Account and Security Deposit Account are opened. This Agreement is effective upon our receipt of funds from you for deposit in your Security Deposit Account. However, you may not be able to access credit on your Credit Account until your deposits equal a required minimum balance.

2. **Deposits** - Any non-cash items tendered for deposit, (including items drawn on us) will be given only provisional credit until collection is final. We are not responsible for transactions initiated by mail or outside depository until we actually receive them. Once the Security Deposit is established additional deposits of $50.00 minimum or more will be accepted for the purpose of increasing the Credit Limit on your Credit Account. The Credit Limit on your Credit Account will not exceed the Security Deposit balance unless the Bank has specifically authorized the extension of additional "unsecured" credit. Bank does not guarantee the extension of unsecured credit after a specified period of time and reserves the right to approve or deny the extension of such credit at its sole discretion. Security Deposit payments of $500 or greater must be in the form of guaranteed funds. Guaranteed funds may include Bank wire transfers or Western Union Quick Collects.

3. **Withdrawals** - Since this Security Deposit acts as collateral for your Credit Account granted by Bank, no withdrawals will be permitted from this Security Deposit while there remains an outstanding balance in your Credit Account or while you retain possession of any Visa or MasterCard credit Card issued by the bank. In the event that your Credit Account is cancelled either by you or by us, we shall have a period of ninety (90) days from the date of the return of your Card or the expiration date of said Card, whichever is sooner, for all charges made on said Card to clear. Upon receipt by Bank of payment of your full indebtedness and the expiration of said ninety (90) days period Bank shall remit to you the full amount remaining in your Security Deposit.

4. **Ownership Of Account** - The following provisions explain the rules applicable to this Security Deposit depending on the form of ownership specified. Only the portion corresponding to the form of ownership specified will apply. Individual Account - such a Security Deposit is issued to one person who does not intend (merely by opening this Security Deposit) to create any survivorship rights in any other person. Joint Account with survivorship - such a Security Deposit is issued in the name of two or more persons. Each such person intends that upon their death that the balance in the Security Deposit (subject to the Pledge Agreement to which you have consented) will belong to the survivor. Joint Account no survivorship - such a Security Deposit is issued to two persons or more, none of whom intends (merely by opening this Security Deposit) to create any right of survivorship in any other person.

5. **Bankruptcy** - Should you become the debtor in any proceedings under the United States Bankruptcy Code you agree that you will recognize the Bank as a perfected secured creditor with respect to this Security Deposit and that you will declare this Security Deposit as exempt property pursuant to the provisions of said code or the applicable State exemption laws.

6. **Account Disclosures** - Security Deposit Accounts do not earn interest. There is no minimum balance to open your Security Deposit Account but you may be unable to access your Credit Account until the Security Deposit Account balance required as per your application/solicitation is obtained. This is a pledged account and you may not make withdrawals except as described in this Agreement.

7. **Account Transfer** - This Security Deposit Account may not be transferred or assigned by you without our written permission.

8. **Amendments** - We may amend this agreement at any time upon reasonable notice to you by mail. Notice by us to one of you is notice to both, if this is a joint account.

9. **Pledge Agreement** - As a security for the payment of all credit extended through your Credit Accounts, you pledge to, and grant First PREMIER Bank, or its agents and assigns, a security interest in all funds now and hereafter deposited in your Security Deposit Account. You authorize the Bank to unconditionally restrict withdrawals from your Security Deposit Account until your Credit Account is closed and all your indebtedness there under is fully satisfied. If you exceed your Credit Limit or otherwise default under the terms of your contract, or if your Credit Account is terminated by the Bank, or you, the Bank may at any time thereafter, and without notice to you consistent with any applicable laws, apply all or part of the funds in your Security Deposit Account to the payment and satisfaction of any and all amounts owed on your Credit Account and in addition, may avail itself of any other remedies under the terms of your Contract or otherwise available under the laws of the State of South Dakota or any other applicable jurisdiction.

M-69100 SEC (NIB) PEP-12/03

**First PREMIER Bank**
MEMBER FDIC
MASTERCARD® and/or VISA®

# CREDIT CARD CONTRACT, SECURITY DEPOSIT, AND INITIAL DISCLOSURE (cont'd)*

*For important information on fees and **FINANCE CHARGES** regarding your Credit Card, please refer to the Card carrier document. Retain these important documents.

The use of your MasterCard®, MasterCard® Gold, Visa® Classic or Visa® Gold credit account ("Credit Account") is governed by this Credit Card Contract and Initial Disclosure Statement ("Contract").

**"WE", "US" and "OUR"** Bank each refer to First PREMIER Bank (the "Bank") and all of its affiliates, licensees, predecessors, successors, assigns, and purchaser or your Credit Account, and all the Bank's agents, employees, officers, directors, attorneys, and other representatives. In addition, "we", "us" and "our" mean any third party providing any product, service or benefit in connection with your Credit Account (including but not limited to credit insurance companies, debt collectors and all of their agents, employees, directors, and representatives) if, and only if, such third party is named a co-defendant with us in a Claim asserted by you.

**"You" and "your"** applicant mean all persons or entities authorized by us to use the Credit Account, including but not limited to all persons or entities contractually obligated under the Contract or prior agreement you and all authorized users of the Credit Account may have had with us. We have approved your application and have opened Credit Account(s) for you. The contract is effective immediately upon the earlier of your use of the Card or the expiration of thirty (30) days from the date of issuance. The use of the Card by you or any Authorized User or the expiration of thirty (30) days from the date of issuance without your returning the Card to us cut in half with a written notice requesting that we cancel your Credit Account will be deemed an acceptance of the Card by you and will create a binding Contract between you and us with reference to the Credit Account and in accordance with the terms and conditions set forth in this Contract.

1. **Controlling Law:** The Contract is entered into in the State of South Dakota where the decision to grant credit was made and in which payments will be received. Therefore, the Contract will be interpreted by the laws of the State of South Dakota applicable to contracts performed entirely within the State, or by applicable Federal law as well as all rules, regulations, orders and interpretations promulgated under such laws to the extent applicable to your Credit Account. You consent to be subject to the jurisdiction and venue of the Circuit Court for the Second Judicial Circuit, State of South Dakota and agree that such court shall be the sole and exclusive jurisdiction and venue of all court actions of disputes or claims arising from or relating to the Contract or the Credit Account relationship.

2. **Defined Terms Used In This Contract Include:**

A) **"Authorized User"** means anyone you authorize to use the Card or your Credit Account to obtain credit. At your request, we may in our discretion issue an additional Card in the name of an Authorized User with your Credit Account number. You agree to be obligated for all charges, Cash Advances, **FINANCE CHARGES**, Purchases and fees incurred by any Authorized User. The Authorized User will also be responsible for all charges, Cash Advances, **FINANCE CHARGES**, Purchases and fees resulting from their use of the Credit Account, but we are not required to seek recovery from the Authorized User before requiring payment by you. If you decide to terminate an Authorized User's use of your Credit Account, we must receive written notice from you together with the return of all Cards issued to the Authorized User, cut in half. You remain responsible for payment of all Purchases, Cash Advances, **FINANCE CHARGES**, and fees incurred or obtained by the Authorized User up to the time we receive your notice and the Cards. In addition, we may but are not required to close your existing Credit Account and issue you a new Card and account number. Also you and each Authorized User agree that we may report account information to credit reporting agencies in the names of both you and the Authorized User.

B) **"Billing Cycle"** means a billing period of approximately one month which begins on or about the same day of each month. We reserve the right to change the timing of the Billing Cycle at any time.

C) **"Card"** means the plastic credit card or cards issued in connection with your Credit Account. Cards are not transferable and should not be given to anyone else to use. Additional people who desire a Credit Account should separately apply to us and you should apply to us for an additional Card for Authorized Users.

D) **"Cash Advance"** means credit you or an Authorized User obtains on your Credit Account in any of the following ways: By presenting the Card (or any other credit device we supply to you) to us or any other participating MasterCard® or Visa® financial institution to obtain cash or to make a transfer from your Credit Account to any other deposit or loan account; by using the Card at an authorized merchant or Automated Teller Machine (ATM) or other device to obtain cash or cash equivalent or to make a transfer from your Credit Account to any other deposit or loan account.

E) **"Closing Date"** means the last day of any Billing Cycle.

F) **"Contract"** means the terms and conditions outlined in this Agreement which govern the use of your Credit Account and Card.

G) **"Credit Account"** means the credit card account we open for you at First PREMIER Bank which is used to record transaction activity made by you when you access or otherwise utilize the line of credit we extend to you when you use your Card.

H) **"Credit Limit"** means the maximum amount of credit we have approved for you on your Credit Account which may be outstanding at any time.

I) **"Joint Account"** If this is a joint Credit Account, each person who signed the application (1) may obtain Purchases and Cash Advances (but the total of these cannot exceed the Credit Limit); (2) will be responsible for paying all amounts owed; and (3) can close the Credit Account.

J) **"New Balance"** means the outstanding balance of your Credit Account at the end of any Billing Cycle. The New Balance is the sum of the Previous Balance (defined as the New Balance shown on your last Statement) less payments and credits, plus new Cash Advances and Pur-

chases and our charges posted during the Billing Cycle.

K) "PIN" means Personal Identification Number which may be assigned to your Credit Account.

L) "Purchase" means credit you or an Authorized User obtains on the Credit Account when the Card or Credit Account number is presented to a merchant honoring the Card to purchase goods and/or services and we pay the merchant on your behalf for the transaction.

M) "Security Deposit Account" means the depository account that you have opened with the Bank as a condition of being issued your Card. This Security Deposit is pledged as security against your credit balance.

N) "Statement" means a statement of your Credit Account which we send at the end of any Billing Cycle in which we owe you or you owe us more than $1.00, or we impose any FINANCE CHARGE, Fee or any payment, or any credit, Cash Advance or Purchase is posted to your Credit Account. We may send one or more Statement(s) with respect to your Credit Account(s).

3. **Using Your Credit Account To Obtain Credit:** You can use the Card and your Credit Account to make Purchases and obtain Cash Advances at any time, as long as you do not exceed your Credit Limit. At our sole discretion, we may authorize your Purchase which exceeds your Credit Limit or otherwise permit additional credit. When you receive the Card, you may be assigned a PIN. If a PIN is assigned to you, you can obtain a Cash Advance at any authorized ATM by using the Card and PIN.

4. **Credit Limit:** Your Credit Limit will appear on the accompanying Card carrier and on your Statement. You may not exceed your Credit Limit at any time. However, if we choose to permit you to obtain additional credit, we may require that you pay us any excess immediately on demand, rather than in monthly installments.

5. **Promise to Pay:** By applying for and obtaining credit on your Credit Account, you agree jointly and severally, if more than one person applied for the Credit Account, to be obligated and pay for all credit obtained on your Credit Account by you, or by any Authorized User, as well as our FINANCE CHARGES and any other fees imposed by us, as provided for by this Contract.

6. **Statements:** The Statements we send to you will reflect the activity and our FINANCE CHARGES on your Credit Account during the Billing Cycle. They will also show your Minimum Payment and the Payment Due Date, which is the date by which we must receive your Minimum Payment. The information contained on the Statement will be deemed to be correct unless you advise us in writing, within sixty (60) days of the date on which we send you your Statement, of any error. If there are more than one of you living at different addresses, we will send the Statements only to the person named as the "Applicant" on the application signed.

7. **Applying Your Payments:** We will apply all payments in the following order: unpaid billed miscellaneous charges; unpaid interest; billed overlimit fees; billed late fees; cash advance fees; annual fees; credit life insurance; old cash advance balances; old purchases balance; new cash advance balances; new purchases balance; dispute balance. We may change the order of the application of payments at our discretion. Payments posted to your account may be held for up to 18 days.

8. **Method of Payment:** Payment must be made by check in U.S. dollars or other negotiable instrument payable to First PREMIER Bank. Payment made through the mail in the form of cash or third-party checks may not be accepted, and all checks or negotiable instruments must be payable at a domestic bank or at a domestic office of a foreign bank.

9. **Irregular Payments:** We may accept late payments or partial payments or checks and money orders marked "payment in full" without waiving any of our rights under this Contract.

10. **Cancellation:** You may cancel your Credit Account at any time by notifying us in writing at the address on your monthly Statement and returning all Cards issued on your Credit Account, cut in half. Even after your Credit Account is closed, you remain responsible for paying any amounts you owe on the Credit Account according to the terms of this Contract. If this is a joint Credit Account, either of you may request that the Credit Account be closed and we will honor that request (without the Bank having to contact the other of you). We can suspend your Credit Account privileges or cancel your Credit Account at any time, for any reason. We will notify you if we do so, unless you are in default at that time.

11. **Default:** You will be in default of this Contract if any of the following occur:

- You do not make a Minimum Payment on your Credit Account on or before the Payment Due Date.
- You die or become legally incompetent.
- You become insolvent or bankrupt.
- You exceed or attempt to exceed your Credit Limit.
- You provide us with or have provided us with false or misleading information or signatures at any time.
- You fail to comply with Contract.
- You fail to make any payment or perform any promise in any agreement or obligation you have with us.
- Any judgement, lien, attachment or execution is issued against you or your property.
- You request an excessive number of replacement Cards.
- We reasonably deem the prospect of repayment of your Credit Account to be in jeopardy for any reason.

Upon your default, we will have all remedies provided by law including, without limitation, the right to close or refuse to renew your Credit Account, demand the return of your Card(s), declare our entire balance immediately due and payable, and initiate collection activity, all without prior notice or demand. To the extent permitted by applicable law, you must pay any collection costs, including reasonable attorney's fees, the costs of placing you in the Warning Bulletin, and the costs of confiscating your Card, that we incur as a result of your default.

12. **No Responsibility:** We are not responsible in any way for the failure or refusal of any person to honor a Card or other credit instrument or device we supply to you, nor are we responsible if an ATM or other device fails to operate or operates improperly. All transactions, even those for which we have provided you with a receipt, are subject to our final verification.

13. **Lost or Stolen Cards:** You agree to notify us immediately if your Card is lost or stolen or if you suspect that it has been used or may be used without your permission. If your Card is reported as lost or stolen or you are claiming unauthorized use of your Credit Account or Card, we reserve the right to require you to file one or more reports with the appropriate law enforcement agencies as well as with us prior to our removal of alleged unauthorized charges made against your Credit Account. To notify us of the loss, theft or possible unauthorized use, call us at (800) 987-5521. You will not be liable for unauthorized use of your Card. However, to protect your rights, you are required to notify us orally or in writing as soon as you are aware that your Card has been lost, stolen or used without your consent. Certain exceptions apply and you may be liable for up to $50.00.

14. **Severability:** If any provision of this Contract is invalid or unenforceable under any law, rule or regulation, it shall not affect the validity or enforceability of any other provision of this Contract.

15. **Changing this Contract:** We may amend this Contract from time to time. For example, we may change your Credit Account number or the Minimum Payment, add new **FINANCE CHARGES** or Fees, change the **ANNUAL PERCENTAGE RATE**, or change the method of computing the balance upon which we impose our **FINANCE CHARGES**. We may also make other changes. When we amend your Contract, we will send you written notice of change. The change in terms will apply to amounts you owe at the time the change is effective and to new transactions on your Credit Account, unless otherwise required by law.

16. **Information Sharing:** The following describes your agreement with us with respect to information sharing. By requesting, obtaining, or using a credit Card from us you agree that we may release information in our records regarding you and your Credit Account: to comply with any properly served subpoena or similar request issued by a state or federal agency or court; to share your credit performance with credit reporting agencies and other creditors who we reasonably believe are or may be doing business with you on your Credit Account; to provide information on your Credit Account to any third party who we believe is conducting an inquiry in accordance with the Federal Fair Credit Reporting Act; to share information with our employees, agents or representatives performing work for the Bank in connection with your Credit Account; or to communicate information as to our transactions or experiences with you to persons or entities related by common ownership or affiliated by corporate control or with any third party (including non-affiliates). **We may also share information such as (1) information other than our own transactions with you with persons or entities related to the Bank by common ownership or corporate control or** (2) information on your Credit Account with certain companies to provide or offer you selected products, services, or cardholder benefits. You may direct us not to share one or both of these. If this is your request call 1-605-335-7321 or submit in writing to First PREMIER Bank, Card Services, P.O. Box 5524, Sioux Falls, South Dakota 57117-5524. Be sure to include your name, address and Credit Account number. You may receive a copy of our information on your Credit Account by writing or calling us at the address or telephone number listed above.

By requesting or obtaining a Credit Card, you authorize us to check your credit history. You authorize your employer, bank and any other references listed to release and/or verify information to us and our affiliates in order to determine your eligibility for the credit card and any renewal or future extension of credit. If you ask, you will be told whether or not consumer reports on you were requested and the names of the credit bureaus, with their addresses, that provided the reports. If you designate an Authorized User to use your Card, you understand that account information may also be reported to credit bureaus in the Authorized User's name.

17. **No Waiver:** If we do not exercise any right we may have against you, we do not waive that right. We can exercise it against you in the future.

18. **Our Property:** Each Card that we issue on your Credit Account must be signed by the person named on it. You agree to surrender each Card issued on your Credit Account, upon demand by the Bank or its agents.

19. **Binding Effect:** If we pay a participating merchant for a Purchase or post a Cash Advance to your Credit Account before we receive actual written notice of your death or incompetence, or if we pay a participating merchant for a Purchase made by your or post a Cash Advance taken by you prior to your death or incompetence. That transaction will be a valid and binding Credit Account obligation upon you, your estate and your personal representatives.

20. **Collection Costs:** To the extent permitted by law, if we refer your Credit Account for collection, you agree to pay all court and other collection costs, including any amounts incurred by us in recovering your Credit Account and the reasonable fees of any attorneys who are not our regularly salaried employees.

21. **Our Liability To You:** We have no liability to you, other than as placed on us by law. We will meet our duty to care for your Credit Account(s) under reasonable banking procedure. Our mere clerical error or honest mistake will not be considered a failure to perform any of our obligations.

22. **Refund Policy:** If you elect to close your Credit Account within thirty (30) days of receiving this Contract and before you make any additional charges to the Card, the first month's statement fees will be refunded to you. After this 30-day period these fees are no longer refundable and you are responsible for the account.

23. **Cash Advance:** A $500 Maximum Cash Advance limit is allowed per day. The Minimum Cash Advance per transaction is set at $20.00.

24. **Security Interest:** Your Credit Account is secured by the Security Deposit you must maintain at First PREMIER Bank to qualify for your Credit Account. You hereby grant a security interest and pledge all funds you deposit in the designated Security Deposit and agree that you are not able to withdraw such funds until your Credit Account is closed and paid in full. Except as provided by applicable law, we will have a purchase money security interest in all merchandise purchased on your Credit Account until such merchandise is paid in full. We agree that no security interest is or will be retained or acquired under the Contract in any real property which is used or is expected to be used as your dwelling. If you default, we have the right to enforce our security interest by applying funds on deposit against any debt or liabilities which are owed to us.

25. **Illegal Use: Prohibition on Gambling and Illegal Transactions:** Your Card and Credit Account may not be used in connection with any gambling transaction (whether legal or illegal). Also, your Card and Credit Account may be used only for valid and lawful purposes. If you use, or allow someone else to use your Card or Credit Account for any unlawful purpose or for any gambling transaction, you will be responsible for such use and may be required to reimburse us for all amounts or expenses we pay as a result of such use.

**CALL RECORDING:** We reserve the right to monitor and/or record telephone calls for quality and training purposes. This includes both calls originated by First PREMIER Bank or PREMIER Bankcard, Inc., or made to First PREMIER Bank or PREMIER Bankcard, Inc.

**YOUR BILLING RIGHTS. KEEP THIS NOTICE FOR FUTURE USE.** This Notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT.** If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at the address listed on your Statement. Write to us as soon as possible. We must hear from you no later than sixty (60) days after we send you the first Statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information: Your name and Credit Account number; the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about. Ensure your letter is signed. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop payment on any amount you think is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic payment is scheduled to occur.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE.** We must acknowledge your letter within thirty (30) days, unless we have corrected the error by then. Within ninety (90) days, we must either correct the error or explain why we believe the Statement was correct. After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including **FINANCE CHARGES**, and we can apply any unpaid amount against your Credit Limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your Statement that are not in question. If we find that we have made a mistake on your Statement, you will not have to pay any **FINANCE CHARGES** related to any questioned amount. If we didn't make a mistake, you may have to pay **FINANCE CHARGES** and you will have to make up any missed payments on the questioned amount. In either case, we will send you a Statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write us within ten (10) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your Statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is. If we do not follow these rules, we cannot collect the first $50.00 of the questioned amount, even if your Statement was correct.

**SPECIAL RULES REGARDING CREDIT CARD PURCHASES.** If you have a problem with the quality of property or services that you purchased with a Card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services.

There are two limitations on this right:

A) You must have made the Purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and

B) The purchase price must have been more than $50.00. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

**YOUR LIABILITY FOR UNAUTHORIZED USE OF YOUR VISA/MASTERCARD.** You will not be liable for unauthorized use of your Card. However, to protect your rights, you are required to notify us orally or in writing as soon as you are aware that your Card has been lost, stolen or used without your consent. Certain exceptions apply and you may be liable for up to $50.00. To notify us of the loss, theft or possible unauthorized use of your Card, call us at (800) 987-5521, 24 hours a day.

**NOTICES**

**California Residents:** A married applicant may apply for a separate account. As required by law, you are hereby notified that a negative credit reporting reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. After credit approval, each applicant shall have the right to use the credit card account up to the limit of the account. Each applicant may be liable for amounts extended under the plan to any joint applicant.

**Delaware Residents:** Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month.

**Kentucky Residents:** You may pay the unpaid balance of your account in whole or in part at any time.

**Maine Residents:** Credit insurance provided herein is voluntary and you have the right to cancel such credit insurance at any time.

**New York Residents:** Consumer reports may be requested in connection with the processing of this application and any resulting account. Upon your request, we (First PREMIER Bank) will inform you of the names and addresses of any consumer reporting agencies which have provided us with such reports. New York residents may contact the New York State Banking Department to obtain a comparative list of credit card rates, fees and grace periods. New York State Banking Department: 1-800-518-8866.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Wisconsin Residents:** Are not eligible for this program.

**Foreign Currency Disclosure:** If you effect a transaction with your Visa or MasterCard card in a currency other than U.S. dollars, Visa or MasterCard will convert the charge into a U.S. dollar amount. Visa or MasterCard will use its currency conversion procedure, which is disclosed to institutions that issue Visa or MasterCard cards. Currently the currency conversion rate used by Visa or MasterCard to determine the transaction amount in U.S. dollars for such transactions is generally either a government mandated rate or a wholesale rate determined by Visa or MasterCard increased by an adjustment factor determined by Visa or MasterCard. Visa uses the rate in effect one day before the transaction date and MasterCard uses a rate for the processing cycle. MasterCard and Visa increase the conversion rate by one percent and keep this increase. The currency conversion rate used by Visa or MasterCard on the processing day may differ from the rate that would have been used on the purchase date or cardholder statement posting date. We will post to your account the converted U.S. dollar amount determined by Visa or MasterCard as described above.

**Arbitration:** This Arbitration Provision sets forth the process by which claims (as defined below) shall be settled.

**Definitions:** For all purposes of this Arbitration Provision, the following terms shall have the meanings set forth below.

"Claim" means any claim, dispute or controversy between you and us arising from or relating to this Contract or your Credit Account relationship, any related or prior agreement (including applications for credit or refinancing) you may have had with us or the relationships resulting from this Contract or any prior agreement, including but not limited to the validity, enforceability, or scope of this Arbitration Provision, this Contract or any other prior contract.

"Claim" includes claims of every kind and nature, including but not limited, to initial claims,