UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCIANO PETROLITO, on behalf of
himself and all others similarly situated,

      v.                                            CASE NO. 3:02CV484 JCH  (HBF)

ARROW FINANCIAL SERVICES LLC.        October 18, 2004

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND MOTION FOR RULE 37 ORDER

In July, 2004, the Court issued an Order (No. 113) mandating that defendant provide plaintiff's counsel with names and last known addresses of the members of the class on or about September 27, 2004. Defendant has intentionally refused to comply with the Order. Accordingly, plaintiff moves for an Order mandating that defendant not only provide the list immediately, but also pay for the costs of service.

THE PLAINTIFF

BY_____
JOANNE S. FAULKNER ct04137
   123 Avon Street
   New Haven, CT 06511-2422
   (203) 772-0395
   j.faulkner@snet.net

This is to certify that the foregoing was mailed on October 16, 2004, postage prepaid, to:

Ann H. Rubin
P.O. Box 1110
Waterbury CT 06721-1110

                                        __/s/ Joanne S. Faulkner__
                                        Joanne S. Faulkner