UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCIANO PETROLITO, on behalf of
himself and all others similarly situated,

    v.                                                         CASE NO. 3:02CV484 JCH  (HBF)

ARROW FINANCIAL SERVICES LLC.          October 18, 2004

MEMORANDUM IN SUPPORT OF PLAINTIFF'S DISCOVERY MOTION

This case arises under the Fair Debt Collection Practices Act. Plaintiff is one of a large number of Connecticut residents subjected to collection efforts by defendant Arrow after it purchased a defaulted debt. The Connecticut Consumer Collection Agency Act expressly prohibits Arrow from attempting to collect or sue on the purchased or assigned accounts. Section 36a-805 provides, "No consumer collection agency shall: . . . (3) purchase or receive assignments of claims for the purpose of collection or institute suit thereon in any court."

This Court granted plaintiff's motion for Class Certification. In July, 2004, Defendant was ordered to provide plaintiff with a class list so that notices could be provided to the Class members. Plaintiff is mandated to provide notice to the Class. *Culver v. City of Milwaukee*, 277 F.3d 908, 914 (7th Cir. 2002). Defendant first sought to withhold the class list and provide it only to the Administrator so that plaintiff and his counsel would not know who their clients are. When that ploy failed, defendant filed a baseless Motion to Stay (Doc. No. 115) and a similarly baseless Motion to

Dismiss and Compel Arbitration (Doc. No. 116). Plaintiff has filed his opposition to each of those motions.

## CONCLUSION

Further delay in this case by defendant should not be tolerated. Defendant should not only provide the class list, but pay for the costs of providing it to class members.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    j.Faulkner@snet.net

DAVID A. SEARLES
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103
(215) 732-6067
(215) 732-8060 (fax)
dsearles@donovansearles.com

JAMES A. FRANCIS
Francis & Mailman, P.C.
19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600
(215) 940-8000  (fax)
jfrancis@consumerlawfirm.com

      This is to certify that the foregoing was mailed on October 16, 2004, postage prepaid, to:

Ann H. Rubin  
P.O. Box 1110  
Waterbury CT 06721-1110

                                         __/s/ Joanne S. Faulkner__  
                                         Joanne S. Faulkner