UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCIANO PETROLITO, on behalf of
himself and all others similarly situated,

      v.                        CASE NO. 3:02CV484 JCH  (HBF)

ARROW FINANCIAL SERVICES LLC.      October 18, 2004

PLAINTIFF'S LOCAL RULE 37 AFFIDAVIT

    Defendant admitted in its Memorandum in Support of Motion to Stay (Doc. No. 115) that it had been ordered to provide the class list by September 27, 2004. Despite reminder and requests dated September 27, 29, and 30, defendant has intentionally failed to provide the list on the specious excuse that an unproven arbitration agreement deprives the Court of subject matter jurisdiction. Even with its theory definitively countered by plaintiff's Opposition, defendant continues its intransigence. It is apparent that a strong order is necessary to obtain the overdue information.

There is no known dispute as to the contents of the unobjected-to discovery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2004.

                              _/s/ Joanne S. Faulkner____
                              JOANNE S. FAULKNER ct04137
                              123 Avon Street
                              New Haven, CT 065l1
                              (203) 772-0395
                              j.faulkner@snet.net

This is to certify that the foregoing was mailed on October 16, 2004, postage prepaid, to:

Ann H. Rubin
P.O. Box 1110
Waterbury CT 06721-1110

                                          __/s/ Joanne S. Faulkner__
                                          Joanne S. Faulkner