UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUCIANO PETROLITO, on behalf of
himself and all others similarly situated,
  Plaintiff,

CASE NO. 3:02CV 484 JCH

v.

ARROW FINANCIAL SERVICES, LLC
Defendant.

September    , 2004

## PLAINTIFF'S AFFIDAVIT OPPOSING ARBITRATION MOTION

Luciano Petrolito, pursuant to 28 U.S.C. §1746, affirms as follows:

1. I am the plaintiff in this action.

2. I understand that Arrow has moved to compel arbitration in this matter, claiming that an arbitration agreement exists between us.

3. I have no record or recollection of receiving any First Premier document regarding an arbitration agreement.

4. I did not use the First Premier credit card.

5. My application for the First Premier credit card was induced by fraud and misrepresentation in that First Premier did not disclose that the substantial opening fees would leave virtually no credit limit on the card.

6. I rejected the card.

7. I believe arbitration agreements are offensive, oppressive, and un-American since they deprive a citizen of his basic and important right to a jury trial and allow secret proceedings to determine people's rights, contrary to the principles of our democracy.

8. Had I received an arbitration document, I would have strenuously objected and taken whatever steps were needed to be sure I was not bound by such an unfair and one-sided agreement.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 20 2004.

_____
Luciano Petrolito

      This is to certify that the foregoing was mailed on October 14, 2004, postage prepaid, to:

Ann H. Rubin
P.O. Box 1110
Waterbury CT 06721-1110

                                                       __/s/ Joanne S. Faulkner__
                                                      Joanne S. Faulkner