# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUCIANO PETROLITO, on behalf of<br>himself and all others similarly situated | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV00484(JCH)(HBF) |
| vs. | : | |
| | : | |
| ARROW FINANCIAL SERVICES, LLC | : | |
| | : | OCTOBER 29, 2004 |
| Defendant. | : | |

## MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendant Arrow Financial Services LLC respectfully requests an extension of

time, through and including November 15, 2004, to file and serve its Reply in support

of its pending motion to dismiss this case. The reply brief is currently due on

November 1, 2004. Defendant requests this extension of time so that it may fully

respond to the claims raised by plaintiff in his memorandum in opposition to the

motion to dismiss, and so that it may fully research and address plaintiff's claims

concerning the terms of the Contract at issue in the motion. Plaintiff asserts that the

declaration made by a non-party and submitted in support of the motion is deficient in

a number of respects. Plaintiff alleges that the Contract attached to the declaration is

{N0723748}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law                      Post Office Box 1110
                                              Waterbury, CT 06721-1110
                                              Telephone: 203 573-1200

dated 2003, and not 1996, when plaintiff obtained the credit card giving rise to this dispute. Defendant has worked diligently to locate and/or confirm the terms of the Contract and address the issues raised by plaintiff. However, all of the necessary documents are in the possession and control of a non-party, and date back many years. For these reasons, defendant requires the requested additional time to respond to plaintiff's claims.

This is the first request for extension of the referenced deadline. Defendant's counsel has made inquiry of plaintiff's counsel regarding her position with respect to an extension, and has not yet been informed of counsel's position.

DEFENDANT,
ARROW FINANCIAL SERVICES, LLC

BY _____
     Ann H. Rubin
     Fed. Bar No. ct04486
     Carmody & Torrance LLP
     195 Church Street
     PO Box 1950
     New Haven, CT 06509-1950
     Telephone: 203-777-5501
     Facsimile: 203-784-3199

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
   Waterbury, CT 06721-1110
   Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid,

on the above date, to:


Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511

David A. Searles
Donovan Searles,LLC
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110


_____
Ann H. Rubin

CARMODY & TORRANCE LLP      50 Leavenworth Street
Attorneys at Law            Post Office Box 1110
                           Waterbury, CT 06721-1110
                           Telephone: 203 573-1200