UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCIANO PETROLITO, on behalf of himself and all others similarly situated | : <br> : <br> : |
| Plaintiff, | : <br> :   CIVIL ACTION NO. |
| vs. | :   3:02CV00484(JCH)(HBF) <br> : |
| ARROW FINANCIAL SERVICES, LLC | : <br> : <br> : |
| Defendant. | :   November 4, 2004 |

## DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND MOTION FOR RULE 37 ORDER

### INTRODUCTION

The defendant, Arrow Financial Services, LLC ("Arrow"), hereby objects to the Motion to Compel Discovery and Motion for Rule 37 Order filed by the plaintiff.

### ARGUMENT

The plaintiff's Motion to Compel Discovery and Motion for Rule 37 Sanctions are unwarranted. By order dated July 23, 2004 (the "July 23 Order"), the Court (Fitzsimmons, U.S.M.J.) set forth the terms of notice to the class and ordered the defendant to provide the names and last known address of some approximately 24,000 members of the class to plaintiffs' counsel, and ordered plaintiffs' counsel to provide notice to the members of the class as set forth in the July 23 Order. However, the Court stayed the provision of notice to the class pending a settlement conference, which occurred on September 20, 2004.

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law                Post Office Box 1950
{N0723929}                      New Haven, CT 06509-1950
                                  Telephone: 203 777-5501

Before the mediation, Arrow's counsel informed plaintiff's counsel that Arrow intended to file a Motion to Dismiss and to Compel Arbitration and provided counsel with a draft of the planned motion. That motion is now pending before the Court. After the mediation, Arrow filed a motion to extend the stay of the July 23 Order pending the Court's ruling on the Motion to Dismiss. That motion is also pending before the Court. If the Motion to Dismiss is granted by the court, notice to the class will be unnecessary. For that reason, Arrow has quite reasonably sought an order from this Court maintaining the stay of the July 23 Order until a determination on the arbitration question is reached.

Arrow has not violated any Court Order in connection with providing the class list. See Nicholson v. United Techs. Corp., 697 F. Supp. 598, 608 (D. Conn. 1988). There have certainly been no repeated warnings that sanctions would be imposed for failure to comply with discovery requests. Cf. Valentine v. Museum of Modern Art, 29 F.3d 47, 48 (2d Cir. 1994). In fact, the class list is not the subject of a discovery dispute at all. See Nicholson, id. (Rule 37 sanctions "only come into operation upon the failure of a party to obey a court order compelling discovery"); see also Sakon v. Andreo, 119 F.3d 109, 113 (2d Cir. 1997) (Sanctions may only be imposed "with care, specificity, and attention" to the "statute, rule, decision, or other authority" authorizing them).

To the contrary, Arrow and its counsel discussed the Motion to Dismiss, the Motion to Stay, and the arbitration issue at the September 20, 2004 mediation. Class notice was also a significant topic of conversation. Arrow has appropriately filed its motions, including the Motion to Stay. Arrow has argued in its Motion to Stay why it believes that it is appropriate to extend the stay of the July 23 Order. Whatever the merits

CARMODY & TORRANCE LLP
Attorneys at Law
{N0723929}

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

2

of those arguments, sanctions, and Rule 37 sanctions in particular, are not warranted in this instance.

## CONCLUSION

WHEREFORE, Arrow respectfully requests that the Court deny plaintiff's Motion to Compel Discovery and Motion for Rule 37 Order.

>                            THE DEFENDANT,
>                            ARROW FINANCIAL SERVICES LLC
>
>                     BY:    _____
>                            Ann H. Rubin
>                            Federal Bar No. ct 04486
>                            Carmody & Torrance LLP
>                            195 Church Street
>                            P.O. Box 1950
>                            New Haven, CT 06509-1950
>                            (203) 573-1200
>                            Its Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

                                                      */s/ Ann H. Rubin*
                                                        Ann H. Rubin