# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LUCIANO PETROLITO, on behalf of    :
himself and all others similarly situated    :

                      :

              Plaintiff,    :    CIVIL ACTION NO.
                      :    3:02CV00484(JCH)(HBF)

vs.                      :

                      :

ARROW FINANCIAL SERVICES, LLC    :

                      :

              Defendant.    :    November 8, 2004

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Defendant Arrow Financial Services, LLC hereby withdraws, without prejudice, its motion to dismiss or stay this case, Document No. 116.

THE DEFENDANT,
ARROW FINANCIAL SERVICES LLC

BY: _____
Ann H. Rubin
Federal Bar No. ct 04486
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
(203) 573-1200
Its Attorneys

{N0724090}
CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law    Post Office Box 1110
    Waterbury, CT 06721-1110
    Telephone: 203 573-1200

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT  06511

David A. Searles
Donovan Searles, LLC
1845 Walnut St., Suite 1100
Philadelphia, PA  19103

James A. Francis
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110

*Courtesy Copy:*

Magistrate Judge Holly B. Fitzsimmons
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Ann H. Rubin