UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCIANO PETROLITO<br>JOSEPH CRISCO<br>    Plaintiffs,<br><br>v.<br><br>ARROW FINANCIAL SERVICES LLC<br>    Defendant | )<br>)<br>) Case No. 3:02CV 484 JCH (HBF)<br>)<br>)<br>)<br>) July 19, 2005<br>)<br>) |

## FEE AFFIDAVIT

Joanne S. Faulkner states:

1. I am an attorney licensed to practice before the United States Supreme Court, the Second, Fifth, Sixth and Seventh Circuit Courts of Appeals, the United States District Courts for the District of Connecticut and the Southern and Eastern Districts of New York, and all Connecticut courts.

2. I represent the plaintiff and submit this affidavit in support of a request for attorneys fees. Blum v. Stenson, 465 U.S. 886 n.5 (1984).

3. I was admitted to practice in New York in 1963, and in Connecticut in 1967. From 1967 to 1985, I was a staff attorney with New Haven Legal Assistance Association, Inc., a nonprofit corporation. I am in private practice, restricted to consumer-related matters, preferably for persons who cannot afford to pay a lawyer.

4. I have been involved in groundbreaking nationally reported cases, including Heintz v. Jenkins, 514 U.S. 291 (1995); Connecticut v. Doehr, 501 U.S. 1 (1991); Nelson v. Chase Manhattan Mortgage Corp., 282 F.3d 1057 (9th Cir. 2002); Romea v. Heiberger & Assoc.,

163 F.3d 111 (2d Cir. 1998); <u>Bass v. Stolper, Koritzinsky, Brewster & Neider, S.C.</u>, 111 F.3d 1322 (7th Cir. 1997); <u>Charles v. Lundgren & Associates, P.C.</u>, 119 F.3d 739 (9th Cir. 1997); <u>Newman v. Boehm, Pearlstein & Bright, Limited</u>, 119 F.3d 477 (7th Cir. 1997); <u>Poirier v. Alco Collections, Inc.</u>, 107 F.3d 347 (5th Cir. 1997); <u>Avila v. Rubin</u>, 84 F.3d 222 (7th Cir. 1996); <u>Clomon v. Jackson</u>, 988 F.2d 1314, 1321 (2d Cir. 1993).

5. I have had extensive experience for more than thirty five years in consumer matters, including litigation, conducting seminars and writing articles. Even before <u>Heintz v. Jenkins</u>, 514 U.S. 291 (1995), I had national renown for my expertise in consumer cases. I am frequently consulted by consumer practitioners from all over the country. In October, 2002, I received the prestigious Vern Countryman Award from the National Consumer Law Center "for excellence and dedication in the practice of consumer law on behalf of low-income consumers."

6. I am a past chair of the Consumer Law Section of the Connecticut Bar Association and was the editor of its newsletter for over ten years until 1998. I was a member of the Federal Reserve Board's Consumer Advisory Council. I was on the Board of Directors of the National Consumer Law Center and am presently a trustee thereof. I am a founding member of the National Association of Consumer Advocates, Inc.

7. I have lectured for the Connecticut Bar Association, the National Consumer Law Center, the National Association of Consumer Advocates, the New Haven County Bar Association, and other entities on consumer laws, and have published articles in those fields. I am a contributing editor of the National Consumer Law Center's Truth in Lending Manual, Automobile Fraud Manual, Credit Discrimination Manual, Fair Credit Reporting

2

Act Manual, Fair Debt Collection Manual, and supplements. I served the Connecticut Law Revision Commission as a member of the Advisory Committee on UCC Article 2A, and on a Consumer Leasing Committee.

8. My work in connection with these consolidated cases is shown on the schedules attached hereto. I prepared time records contemporaneously with performance of the work. The time records do not duplicate work performed in any other file; they do not include non-legal tasks such as filing or copying, minor calls such as regarding extensions of time, calls from or to client to report on progress. A significant amount of time dealing with defense counsel in emails and phone calls was omitted.

9. Less than a handful of Connecticut attorneys are willing to accept consumer cases because of the special expertise required and the risk of nonpayment.

10. I am requesting attorney's fees at the rate of $350 per hour. I believe that the award requested is reasonable, and is LESS THAN rates being charged by similarly experienced private counsel in the federal court. In Nelson, *supra*, the client paid for my services at $500 per hour. I have been awarded fees at $300 per hour for over two years, e.g., in Cashman v. Ricigliano, Civil No. 3:02CV1423 (MRK) (D. Conn. Apr. 29, 2005); Johnson v. Consumer Education Services, Inc., Civil No. 3:03CV 1115 (AWT) (D. Conn. Feb. 7, 2005); Pabon v Recko, Civil No. 3:00CV 380 (DJS)(TPS) (D. Conn. Dec. 30, 2004) Doc. No. 171; Murphy v Kwiatek, Civil No. 3:03cv173 (MRK) (WIG) (D. Conn. Oct. 5, 2004) Doc. Nos. 15, 17; Harvey v. USCB, Inc., Civil No. 3:02CV1770 (DJS) (D. Conn. Jan. 31, 2003) ($300 per hour); Wrightington v. Nationwide Capital Recovery, Civil No. 3:02CV 1175 (JBA) (JGM) (D. Conn. Jan 6, 2003) ($300 per hour). See also Orchano v. Advanced

3

Recovery, Inc. (1998) ($275 per hour); Nickerson v. J&P Credit Services, Civil No. 3:99CV1876 (DJS) (TPS) (D. Conn. Mar. 29, 2000) ($275 per hour granted as requested with finding that $275 "is substantially less than that normally commanded by Ms. Faulkner").

11. Hourly billing rates of Connecticut private counsel with which I am familiar are:

First quarter of 1995:

| | | | |
|---|---|---|---|
| Robert Allen | law degree 1973 | litigation, consumer | 220 |
| John Droney | law degree 1973 | litigation | over 300 |

Third Quarter of 1997:

| | | | |
|---|---|---|---|
| Richard Beider | law degree 1965 | litigation | 350 |

Third quarter of 1998:

| | | | |
|---|---|---|---|
| David Faulkner | law degree 1964 | trusts & estates | 285 |

12. Jonathan Einhorn, a lawyer admitted in 1974, was awarded $250 per hour in Gyadu v. Giordano, Civil No. 3:94CV1144 (JBA), 3 Conn. Ops. 410 (D. Conn. March 14, 1997).

13. The Second Circuit commented favorably on my experience, reputation and ability, noting the "eight federal district court cases in Connecticut in 1993 and 1994 alone" in which Mrs. Faulkner had been awarded fees at $200 per hour. Orchano v. Advanced Recovery, Inc., 107 F.3d 94, 100 (2d Cir. 1997).

15. Typical historical market rates in Connecticut are shown by older awards to other counsel in Lieberman v. Dudley, Civil No. 3:95CV2437 (AHN) (D. Conn. July 27,

1998) ($250/hr); <u>Wallace v. Fox</u>, Civil No. 3:96CV772 (D. Conn. May 11, 1998) (awarding blended rate of $345.57 per hour inclusive of a 1.5 multiplier to several counsel and paralegals in shareholder derivative action); <u>Skubel v. Sullivan</u>, 1998 WL 136176 at *3 (D. Conn. Mar. 11, 1998) ($250/hr); <u>Calovine v. City of Bridgeport</u>, Civil No. 3:94CV 379 (WWE) (D. Conn. Feb. 4, 1998) ($250/hr for a "relatively low number of hours billed:" 179.7 hours); <u>CG v. New Haven Bd. of Education</u>, 988 F. Supp. 60, 69 (D. Conn. 1997) ($250/hr); <u>Mrs. B. v. Milford Bd. of Educ.</u>, Civil No. 3:93CV1723 (DJS) (TPS) (D. Conn. Nov. 4, 1997) ($250/hr consistent with prevailing rate in Connecticut); <u>Evans v. State of Connecticut</u>, 967 F. Supp. 673, 691 (D. Conn. 1997) (prevailing 1996 rate is $200 to $225; award at $200/hr despite some criticism of attorney's performance); <u>Russo v. Coppola</u>, Civil No. 3:93CV1734 (AHN) (D. Conn. Feb. 6, 1995) ($250/hr); <u>Kintz v. City of New Haven</u>, 1993 WL 276945 at *3 (D. Conn. June 18, 1993) ($250/hr), aff'd 29 F.3d 622 (2d Cir. 1994); <u>Friends of Animals, Inc. v. Hirsch</u>, Civil No. 3:90CV621 (WWE) (D. Conn. Jan. 20, 1993) ($250/hr); <u>Gonzalez v. Town of Stratford</u>, 830 F. Supp. 111, 113 (D. Conn. 1992) ($250/hr).

The foregoing is true and correct and is signed under the penalties of perjury on July 18, 2005

/s/ Joanne S. Faulkner
JOANNE S. FAULKNER

Petrolito v Arrow Financial

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/12/02 | Review state court docket | 0.75 | $262.50 |
| 02/15/02 | advertising letter to potential class members | 1.00 | $350.00 |
| 02/27/02 | call from Petrolito, discuss strategy, send retainer | 0.30 | $105.00 |
| 02/01/30 | review state court documents | 0.25 | $87.50 |
| 03/20/02 | Draft & file summons, complaint, cover | 1.00 | $350.00 |
| 04/23/02 | Draft Class cert motion | 1.50 | $525.00 |
| 04/30/02 | Draft Sked, email to client | 0.25 | $87.50 |
| 05/06/02 | research class cert in consumer cases | 0.25 | $87.50 |
| 05/07/02 | Draft discovery | 1.25 | $437.50 |
| 05/16/02 | research loss under CUTPA in other states | 0.25 | $87.50 |
| 05/28/02 | Draft 2d discovery | 0.25 | $87.50 |
| 06/01/02 | Draft Motion to deem Admitted | 1.20 | $420.00 |
| 06/10/02 | M/Ext time to reply re class | 0.25 | $87.50 |
| 06/26/02 | REview amended answer & responses | 0.10 | $35.00 |
|  | Rply deem admitted | 0.20 | $70.00 |
| 7/9-7/16 | efforts to resolve discovery disputes | 0.50 | $175.00 |
| 07/18/02 | Motion to Compel | 2.30 | $805.00 |
|  | Motion to Determine Sufficiency | 1.20 | $420.00 |
| 07/22/02 | research champerty NY cases | 1.30 | $455.00 |
| 07/29/02 | Review documents prep conference | 0.50 | $175.00 |
|  | settlement conference | 0.25 | $87.50 |
|  | Tel conference with Court | 0.50 | $175.00 |
| 08/19/02 | Reply support discovery motions | 2.75 | $962.50 |
| 08/31/02 | research state court docket pending Arrow cases | 0.15 | $52.50 |
| 09/03/02 | depo notice; jt status report | 0.50 | $175.00 |
| 09/21/02 | edit status report | 0.25 | $87.50 |
| 09/23/02 | subpoena for GE Cap services re Arrow sale | 0.30 | $105.00 |
| 10/07/02 | Bpt status conference | 3.25 | $1,137.50 |
|  | Object to Protective Order | 0.75 | $262.50 |
| 10/08/02 | Draft additional class discovery | 0.50 | $175.00 |
| 11/14/02 | Motion to Compel additional class discovery | 1.10 | $385.00 |
| 11/23/02 | Begin review spreadsheet from Arrow provided late Friday | 2.30 | $805.00 |
| 11/25/02 | Continue review spreadsheet for compliance, ltr AR | 3.70 | $1,295.00 |
| 11/30/02 | review Arrow web site re purchase of acounts | 0.30 | $105.00 |
| 12/03/02 | Setl discussion w LR; prepare offer as requested | 0.50 | $175.00 |
| 12/06/02 | Begin research M/dismiss, 1367, pendent | 1.25 | $437.50 |
| 12/07/02 | Check docket, request AR to w/draw M/Dismiss | 0.25 | $87.50 |
|  | Reply in support of M/Compel | 0.30 | $105.00 |
| 12/10/02 | research pendent & check Arrow cases | 1.50 | $525.00 |
|  | begin draft opp Dismiss | 1.00 | $350.00 |
| 12/11/02 | finish draft opp Dismiss, forward for comments | 2.00 | $700.00 |
| 12/12/02 | Begin draft Reply Spt Class Cert | 2.30 | $805.00 |
|  | Revise opp Dismiss per comments of D Searles | 1.30 | $455.00 |
| 12/17/02 | Revise Rply Class Cert per comments " | 1.25 | $437.50 |
|  | copy of Visa Antitrust case |  | $0.00 |
|  | PHV motions | 0.30 | $105.00 |
| 12/18/02 | edit Rply class cert; Ltr AR re missing discovery | 0.60 | $210.00 |
| 12/19/02 | settlement offer | 0.05 | $17.50 |
| 01/20/03 | Update 2d cir class research; Beg draft supp brf spt class | 1.75 | $612.50 |
| 01/27/03 | Revise & finish supp re class cert | 0.60 | $210.00 |
| 02/03/03 | Ltr to HBF re net worth info | 0.20 | $70.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/24/03 | 8:30-12, 1:00-3 review class ruliing, discovery; sort data | | $0.00 |
| | on CD's; comm. AR re setl conf, ltr to HBF re settlement | | $0.00 |
| | conference, begin Recon class, do discovery motion | 5.50 | $1,925.00 |
| 04/10/03 | tel conf & later emails re discovery | 0.30 | $105.00 |
| 04/14/03 | trying to open CD info | 0.60 | $210.00 |
| | tel conf | 1.00 | $350.00 |
| 04/29/03 | analyze CD for numerosity | 1.20 | $420.00 |
| 04/30/03 | research stat lim waiver & typicality | 2.25 | $787.50 |
| 05/10/03 | review web site re purchase activity | 0.40 | $140.00 |
| 05/02/03 | research pendent stat lim; beg draft renewed M Cert | 6.20 | $2,170.00 |
| 05/05/03 | search for cases taking pendent jur, research 1367 | 0.85 | $297.50 |
| | revise supp. jur portion of renewed motion | 0.35 | $122.50 |
| 05/24/03 | research & draft Obj depo notice, ltr re depo, setl | 0.75 | $262.50 |
| 06/09/03 | Draft Petroltio Affirmation, ltr, email to cleint | 0.60 | $210.00 |
| | Opp Motions to Extend sked, take depo | 0.75 | $262.50 |
| 07/02/03 | research & Draft reply spt class cert | 3.30 | $1,155.00 |
| 01/06/04 | prep & argument class cert, ltr to client, co-counsel | 5.00 | $1,750.00 |
| 01/09/04 | ltr re Piper case | 0.15 | $52.50 |
| 02/21/04 | review n Dep, prep objection | 0.50 | $175.00 |
| 02/25/04 | depo | 4.00 | $1,400.00 |
| 03/16/04 | revise notice, send to AR for comment | 0.15 | $52.50 |
| | Opp Motion to compel depo | 0.25 | $87.50 |
| 03/27/05 | Opp reconsideration | 0.30 | $105.00 |
| 04/01/04 | motion re notice to class | 0.40 | $140.00 |
| 04/24/04 | reply to objection to notice | 0.60 | $210.00 |
| 05/01/04 | Rply support motion re notice to class | 0.60 | $210.00 |
| 05/17/04 | consult DSearles re intervention, new suit, cl who paid | 0.30 | $105.00 |
| 07/09/04 | Ltr to HBF re calendar | 0.20 | $70.00 |
| 07/12/04 | Oral argument, discovery, class notice Bpt | 2.30 | $805.00 |
| 07/30/04 | revise settlement demand | 0.30 | $105.00 |
| 09/10/04 | setl ltr to court | 0.20 | $70.00 |
| 09/14/04 | consult DS re setl conf strategy | 0.25 | $87.50 |
| 09/21/04 | setl conf | 5.25 | $1,837.50 |
| 09/21/04 | research & begin draft opp stay | 1.90 | $665.00 |
| | revise per DS comments | 0.50 | $175.00 |
| 09/30/05 | revise opp stay brf | 0.9 | $315.00 |
| 10/06/04 | begin draft opp Arb | 2.35 | $822.50 |
| 10/11/04 | add'l research, revise draft opp. arb. | 1.00 | $350.00 |
| 10/16/04 | M/ rule 37 orders re class list | 0.50 | $175.00 |
| 11/02/04 | Ltr to HBF; research stay cases | 0.70 | $245.00 |
| 11/08/02 | drft exclusion papers re Cal. class action | 4.00 | $1,400.00 |
| 11/24/04 | 20 min consult re setl, they to give # pd ds jf js | 0.30 | $105.00 |
| 12/13/04 | 15 min consult re selt | 0.25 | $87.50 |
| 12/17/04 | same | 0.25 | $87.50 |
| 12/20/04 | same | 0.15 | $52.50 |
| 01/07/05 | conv re setl strategy, fees  10 min | 0.16 | $56.00 |
| 01/08/05 | draft HBF letter re hearing | 0.50 | $175.00 |
| 02/21/05 | edit settlement dox | 0.70 | $245.00 |
| 03/17/05 | ltr to Crisco, draft amended complaint | 0.75 | $262.50 |
| 03/31/05 | review Motion, update cite, efiling | 1.50 | $525.00 |
| 04/14/05 | tel conf & prep | 0.25 | $87.50 |
| | Ltr to Crisco, Petrolito re final hearing date | 0.20 | $70.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 06/03/05 | review time records for accuracy, billing jdg | 2.00 | $700.00 |
| | 325+ emails @ 1 min each | 5.05 | $1,767.50 |
| 07/08/05 | update research on % of recovery | 2.00 | $700.00 |
| | begin revise brief re atty fees | 2.25 | $787.50 |
| 07/09/05 | additional research multiplier, revise brf | 1.75 | $612.50 |
| 07/11/05 | addtl research, appvl, multiplier, cite check | 1.00 | $350.00 |
| | revise appvl brief | 1.20 | $420.00 |
| | revise fee brf | 1.00 | $350.00 |
| 07/14/05 | tel conf re briefs, logistics | 0.25 | $87.50 |
| 07/16/05 | revise brfs | 0.80 | $280.00 |
| 07/18/05 | do fee app | 2.00 | $700.00 |
| | finalize brfs | 1.00 | $350.00 |
| 07/28/05 | Final hearing (est) | 3.00 | $1,050.00 |
| | post settlement time (est) | 1.00 | $350.00 |

132.21 hours @ $350 = $46,308.50

Costs
$150.    Filing fee
  36.80  subpoena
   9.09  lexis
  50.00  pro hac vice
 131.15  depo
   7     parking

|          | Crisco v. Arrow Financial                              |      |          |
|----------|--------------------------------------------------------|------|----------|
|          | misc Calls from Crisco                                 | 0.4  | $140.00  |
| 09/17/02 | Review Crisco dox, 'Draft Crisco complaint             | 2.50 | $875.00  |
| 09/23/02 | retainer letter & send to court                        | 0.35 | $122.50  |
| 10/31/02 | discovery, setl ltr, app complex doc                   | 1.20 | $420.00  |
| 11/18/02 | Obj Req Revise; m/extension re class                   | 1.70 | $595.00  |
| 11/26/02 | subpoena for depo                                      | 0.40 | $140.00  |
| 11/27/02 | short calendar claim                                   | 0.10 | $35.00   |
| 12/14/02 | research m?quash subpoena & privilege, email l         | 0.40 | $140.00  |
| 12/27/02 | update privilege research & Ct cites                   | 2.00 | $700.00  |
|          | draft opposition to prot order                         | 1.30 | $455.00  |
| 12/28/02 | M./Default, Opp Ext                                    | 0.40 | $140.00  |
| 01/07/03 | Begin draft letter to court                            | 0.50 | $175.00  |
| 01/08/03 | Begin research on voiding jdg                          | 0.70 | $245.00  |
| 01/17/03 | status conf & prep                                     | 2.75 | $962.50  |
| 10/12/04 | review file, email Birney, draft to court officer      | 0.5  | $175.00  |
| 11/29/04 | status conference Wby                                  | 2.5  | $875.00  |
| 11/30/04 | draft new discovery                                    | 1.80 | $630.00  |
|          | misc calls re extensions                               | 0.6  | $210.00  |

20. 1 hours @ $350 = $7,035

costs
$190     filing fee
 40.60   service
  4.42   certif mail
 43.20   subpoena

Certificate of Service

I hereby certify that on July 19, 2005, a copy of foregoing ~~Memorandum~~ affidavit was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137