7/18/2005                                     Donovan Searles, LLC
10:42 AM                                          Slip Listing                                    Page     1


| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Timekeeper: AMK** | | | | |
| 24815          TIME<br>7/11/2005<br>WIP<br>work on revisions re: Second Circuit<br>caselaw, etc | AMK<br>Fee Apps & Pro<br>Arrow Fin. - CT | 2.40 | 175.00 | 420.00 |
| Total: AMK | | | | |
| | Billable<br>Unbillable<br>Total | 2.40<br>0.00<br>2.40 | | 420.00<br>0.00<br>420.00 |
| **Timekeeper: CCK** | | | | |
| 11661          TIME<br>12/2/2002<br>WIP<br>Open case and bible | CCK<br>Case Mgmt/Strat<br>Arrow Fin. - CT | 1.50 | 135.00 | 202.50 |
| 14430          TIME<br>4/29/2003<br>WIP<br>Research for DAS into the companies and<br>their relationships with others; Cargill, DJC,<br>Sherman Financial, OSI portfolios, etc. | CCK<br>Factual Invest.<br>Arrow Fin. - CT | 2.40 | 135.00 | 324.00 |
| 19113          TIME<br>9/22/2003<br>WIP<br>Update, read, review and organize pleadings<br>bible and current news and pertinent<br>information. | CCK<br>Case Mgmt/Strat<br>Arrow Fin. - CT | 0.50 | 135.00 | 67.50 |
| 20277          TIME<br>11/14/2003<br>WIP<br>Update, read, review and organize pleadings<br>bible and current news and pertinent<br>information. | CCK<br>Case Mgmt/Strat<br>Arrow Fin. - CT | 1.00 | 135.00 | 135.00 |
| Total: CCK | | | | |
| | Billable<br>Unbillable<br>Total | 5.40<br>0.00<br>5.40 | | 729.00<br>0.00<br>729.00 |
| **Timekeeper: DAS** | | | | |
| 10645          TIME<br>11/26/2002<br>WIP<br>Arrow Financial - Connecticut - Telephone | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |

7/18/2005                                    Donovan Searles, LLC
10:42 AM                                       Slip Listing                                      Page      2


Slip ID                                Timekeeper
 Dates and Time                         Activity
 Status                                 Client
 Description                            Reference                        Units        Rate      Slip Value
 call from J. Faulkner re: possible case

10654              TIME                 DAS                               0.40       500.00        200.00
 11/27/2002                             Pleading/Brief
 WIP                                    Arrow Fin. - CT
 Arrow Fin. CT - draft pro hac vice motion

10648              TIME                 DAS                               0.80       500.00        400.00
 11/27/2002                             Factual Invest.
 WIP                                    Arrow Fin. - CT
 Arrow Financial -  CT.  Review pleadings and
 briefs in case; review discovery rulings

10651              TIME                 DAS                               0.20       500.00        100.00
 11/27/2002                             Tele w/to
 WIP                                    Arrow Fin. - CT
 Arrow Financial - CT     Telephone call from
 J. Francis re: legal strategy

10655              TIME                 DAS                               0.50       500.00        250.00
 12/2/2002                              Correspondence
 WIP                                    Arrow Fin. - CT
 Arrow Financial (CT) - letter to J Faulkner re:
 co-counseling arrangement and motion for
 admission

10657              TIME                 DAS                               0.10       500.00         50.00
 12/2/2002                              Correspondence
 WIP                                    Arrow Fin. - CT
 review letter from J. Faulkner re: class size

10725              TIME                 DAS                               1.00       500.00        500.00
 12/11/2002                             Pleading/Brief
 WIP                                    Arrow Fin. - CT
 review draft brief, make revisions, email to J.
 Faulkner re: same

10735              TIME                 DAS                               2.20       500.00       1100.00
 12/12/2002                             Pleading/Brief
 WIP                                    Arrow Fin. - CT
 review and Revise memo in reply to class
 certification opp

10753              TIME                 DAS                               0.30       500.00        150.00
 12/17/2002                             Pleading/Brief
 WIP                                    Arrow Fin. - CT
 review new draft of reply to class certification
 opp

7/18/2005                                    Donovan Searles, LLC
10:42 AM                                        Slip Listing                                    Page      3

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 10841           TIME<br>1/3/2003<br>WIP<br>review defendant's reply brief | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 10930           TIME<br>1/9/2003<br>WIP<br>review order re: magistrate conference | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 10978           TIME<br>1/13/2003<br>WIP<br>review brief and affidavit filed by defendant<br>re: class certification issues; email to J.<br>Faulkner re: same | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 11076           TIME<br>1/23/2003<br>WIP<br>review brief and respond to email from J.<br>Faulkner | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 12247           TIME<br>3/20/2003<br>WIP<br>review Court decision on class certification<br>and discovery; email co-counsel re: status<br>going forward | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 12257           TIME<br>3/24/2003<br>WIP<br>review and respond to email from J. Faulkner | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 12393           TIME<br>3/28/2003<br>WIP<br>review letter re: conference; Telephone call<br>from defense counsel re: cancellation | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 12414           TIME<br>4/1/2003<br>WIP<br>Telephone call to J. Faulkner re: Court's<br>conference call | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 12514           TIME<br>4/10/2003<br>WIP<br>Telephone conference call Judge Hall, J<br>Faulkner, A. Rubin | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

7/18/2005                                Donovan Searles, LLC
10:42 AM                                    Slip Listing                                  Page        4

| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 12515            TIME 4/10/2003 WIP Telephone call to J. Faulkner re: discovery issues | DAS Tele w/to Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 12513            TIME 4/10/2003 WIP prepare for conference call with Court and counsel | DAS Prep Crt App Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 13384            TIME 4/29/2003 WIP rev email re: numerosity | DAS Correspondence Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 13464            TIME 5/7/2003 WIP begin review of draft renewed motion | DAS Pleading/Brief Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 13470            TIME 5/8/2003 WIP work on review of renewed motion; email to J. Faulkner re: same | DAS Pleading/Brief Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 13618            TIME 5/27/2003 WIP review notice of deposition and objection by plaintiff | DAS Pleading/Brief Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 13212            TIME 6/4/2003 WIP review papers servedby defendant | DAS Pleading/Brief Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 13228            TIME 6/9/2003 WIP respond to request for affidavit re: adequacy of counsel | DAS Correspondence Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 14682            TIME 7/3/2003 WIP rev draft brief and submit comments to J. Faulkner | DAS Pleading/Brief Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 17567　　TIME<br>3/10/2004<br>WIP<br>review defendant's briefs; email to J. Faulkner re: same | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 17585　　TIME<br>3/15/2004<br>WIP<br>review Court decision on class certification; Telephone call to J. Faulkner re: same | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 17590　　TIME<br>3/15/2004<br>WIP<br>telephone conference call J. Faulkner, J. Francis re: notice to class | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 17592　　TIME<br>3/15/2004<br>WIP<br>draft form of notice to class | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 1.30 | 500.00 | 650.00 |
| 17596　　TIME<br>3/16/2004<br>WIP<br>review form of notice sent to defense counsel | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 18453　　TIME<br>4/22/2004<br>WIP<br>review ruling on reconsideration | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 18469　　TIME<br>4/23/2004<br>WIP<br>Telephone call from Court clerk re: motion to compel | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 18477　　TIME<br>4/26/2004<br>WIP<br>review and reply to email from J. Faulkner | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 18480　　TIME<br>4/26/2004<br>WIP<br>review objection to notice and review and revise draft reply | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |

7/18/2005                               Donovan Searles, LLC
10:42 AM                                    Slip Listing                                    Page     6


| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 18586          TIME 5/14/2004 WIP review draft from J. Faulkner; Telephone call to her re: same | DAS Pleading/Brief Arrow Fin. - CT | 0.70 | 500.00 | 350.00 |
| 18594          TIME 5/17/2004 WIP Telephone call from J. Faulkner re: class certification issues | DAS Tele w/to Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 20469          TIME 6/28/2004 WIP review notices from Court re: hearings; email to J. Faulkner re: same | DAS Correspondence Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 20559          TIME 7/13/2004 WIP review and reply to email from J. Faulkner re: settlement conference | DAS Correspondence Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 20585          TIME 7/15/2004 WIP Telephone call to J. Faulkner re: settlement conference | DAS Tele w/to Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 20617          TIME 7/19/2004 WIP work on settlement demand letter; emails with counsel re: same | DAS Correspondence Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 20606          TIME 7/19/2004 WIP review and reply to email re: settlement conference dates | DAS Correspondence Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 20685          TIME 7/30/2004 WIP review and reply to email from J. Faulkner re: demand issues | DAS Correspondence Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 20686          TIME 7/30/2004 WIP Telephone call to J. Faulkner re: demand | DAS Tele w/to Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| issues | | | | |
| 20842<br>8/16/2004<br>WIP<br>review email from client; Telephone call to J.<br>Faulkner re: same | TIME<br><br><br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 20983<br>9/10/2004<br>WIP<br>exchange email with J. Faulkner re:<br>settlement conference | TIME<br><br><br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21002<br>9/14/2004<br>WIP<br>Telephone call to  J. Faulkner re: settlement<br>conference | TIME<br><br><br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.70 | 500.00 | 350.00 |
| 21006<br>9/15/2004<br>WIP<br>review email re: case | TIME<br><br><br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21046<br>9/17/2004<br>WIP<br>Telephone call from  J. Faulkner re:<br>conference | TIME<br><br><br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21041<br>9/17/2004<br>WIP<br>review motion to compel arbitration | TIME<br><br><br><br>DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21042<br>9/17/2004<br>WIP<br>review and reply to email re: settlement<br>conference | TIME<br><br><br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21047<br>9/19/2004<br>WIP<br>prepare for settlement conference | TIME<br><br><br><br>DAS<br>Prep Crt App<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |
| 21048<br>9/20/2004<br>WIP<br>meet with co-counsel, client; attend<br>settlement conference | TIME<br><br><br><br>DAS<br>Court App<br>Arrow Fin. - CT | 3.70 | 500.00 | 1850.00 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 21066                TIME<br>9/22/2004<br>WIP<br>respond to J. Faulkner email; review draft<br>discovery, etc. | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 21105                TIME<br>9/29/2004<br>WIP<br>review motion for stay; review draft answer,<br>make revisions and additions | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 21111                TIME<br>9/30/2004<br>WIP<br>review filed answer to stay motion | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21151                TIME<br>10/6/2004<br>WIP<br>start work on revisions to draft brief | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 2.30 | 500.00 | 1150.00 |
| 21152                TIME<br>10/7/2004<br>WIP<br>work on draft brief | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 21159                TIME<br>10/8/2004<br>WIP<br>review and reply to email from J. Faulkner<br>re: dec issue | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21203                TIME<br>10/14/2004<br>WIP<br>review brief from J. Faulkner; Telephone call<br>to  her re: same | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21228                TIME<br>10/18/2004<br>WIP<br>review motion for sanctions | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21249                TIME<br>10/20/2004<br>WIP<br>Research re:  class certification decisions re:<br>arbitration clauses | DAS<br>Legal Research<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |

7/18/2005                          Donovan Searles, LLC
10:42 AM                              Slip Listing                                    Page        9

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 21261<br>10/21/2004<br>WIP<br>review reply brief re: motion to stay | TIME | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21282<br>10/25/2004<br>WIP<br>Research re:  arbitration issues | TIME | DAS<br>Legal Research<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21334<br>11/2/2004<br>WIP<br>review draft letter to Court; make revisions<br>and return | TIME | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21361<br>11/7/2004<br>WIP<br>discuss with co-counsel re: related case,<br>options, etc. | TIME | DAS<br>Mtgs of Counsel<br>Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 21388<br>11/10/2004<br>WIP<br>telephone conference call J. Faulkner, J.<br>Francis re: notice issues | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21401<br>11/11/2004<br>WIP<br>review email re: notice to go out; reply | TIME | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21453<br>11/17/2004<br>WIP<br>Telephone call to  A. Rubin re: status of<br>notice, etc. | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21464<br>11/18/2004<br>WIP<br>Telephone call from  and email from A.<br>Rubin re: conference call | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21468<br>11/18/2004<br>WIP<br>telephone conference call A. Rubin, J.<br>Francis | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 21472<br>11/19/2004<br>WIP<br>meet with J. Francis to discuss potential<br>solutions to case | TIME<br>DAS<br>Mtgs of Counsel<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21477<br>11/21/2004<br>WIP<br>email to J. Faulkner re: case | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21498<br>11/24/2004<br>WIP<br>telephone conference call J. Faulkner, J.<br>Francis re: status; Telephone call to  A.<br>Rubin re: same | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21540<br>12/3/2004<br>WIP<br>various phone calls with J. Faulkner, S.<br>Wilansky re: settlement negotiations | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21549<br>12/6/2004<br>WIP<br>Telephone call from  A. Rubin re: offer;<br>forward to counsel; exchange email re same | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.90 | 500.00 | 450.00 |
| 21552<br>12/7/2004<br>WIP<br>telephone conference call J. Francis, J.<br>Faulkner re: settlement terms | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21558<br>12/7/2004<br>WIP<br>various phone calls and emails with Rubin;<br>email to co-counsel | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 1.40 | 500.00 | 700.00 |
| 21565<br>12/8/2004<br>WIP<br>Telephone call from  J. Francis re: most<br>recent proposal | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21570<br>12/8/2004<br>WIP<br>telephone conference call A. Rubin, J. | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |

7/18/2005                              Donovan Searles, LLC
10:42 AM                                  Slip Listing                                    Page     11


| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Francis | | | | |
| 21562<br>12/8/2004<br>WIP<br>review email from J. Faulkner; Telephone<br>call to  J. Francis re: status | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21588<br>12/9/2004<br>WIP<br>Telephone call from  A. Rubin re: response<br>to certain questions | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21612<br>12/13/2004<br>WIP<br>review email from J. Faulkner; Telephone<br>call to  J. Francis re: same | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21616<br>12/13/2004<br>WIP<br>Telephone call from  J. Francis re: status of<br>negotiations; Telephone call to  J. Faulkner<br>re: same | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21620<br>12/13/2004<br>WIP<br>review email re: state Court case | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21622<br>12/13/2004<br>WIP<br>Telephone call from  A. Rubin re: offer; email<br>to counsel re: same | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21623<br>12/13/2004<br>WIP<br>Telephone call from  J. Francis re:<br>settlement terms | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21627<br>12/14/2004<br>WIP<br>review background of case to analyze merits<br>of settlement offer | DAS<br>Settlement<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 21630     TIME<br>12/14/2004<br>WIP<br>email to A. Rubin re: clarification needed | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21648     TIME<br>12/15/2004<br>WIP<br>review email from J. Faulkner and respond;<br>email to A. Rubin re: figures | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21646     TIME<br>12/15/2004<br>WIP<br>Telephone call to  J. Francis re: settlement<br>negotiations | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21647     TIME<br>12/15/2004<br>WIP<br>telephone conference call J. Faulkner and J.<br>Francis re: possible counter proposals | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21651     TIME<br>12/16/2004<br>WIP<br>review and reply to email from co-counsel | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21659     TIME<br>12/16/2004<br>WIP<br>telephone conference call A. Rubin, J.<br>Francis to discuss settlement | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21660     TIME<br>12/16/2004<br>WIP<br>Telephone call from  A. Rubin re: counter<br>offer | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21661     TIME<br>12/16/2004<br>WIP<br>email to co-counsel describing final offer | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21664     TIME<br>12/17/2004<br>WIP<br>telephone conference call J. Faulkner, J.<br>Francis re: position | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 21665<br>  12/17/2004<br>  WIP<br>  telephone conference call A. Rubin, J.<br>  Francis re: confirming some terms, others to<br>  be discussed | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21676<br>  12/20/2004<br>  WIP<br>  review and reply to email from J. Faulkner | TIME | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21680<br>  12/20/2004<br>  WIP<br>  review email from J. Faulkner; Telephone<br>  call from  A. Rubin re: fee demand;<br>  Telephone call to  J. Francis re: same | TIME | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21699<br>  12/21/2004<br>  WIP<br>  Telephone call from  J. Francis re: fee<br>  negotiations | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21687<br>  12/21/2004<br>  WIP<br>  Telephone call from  J. Francis re: fee<br>  issues; Telephone call to  A. Rubin re: same | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21691<br>  12/21/2004<br>  WIP<br>  Telephone call from  A. Rubin re: fee<br>  demand; email her re: same | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21725<br>  12/22/2004<br>  WIP<br>  review email from co-counsel | TIME | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21722<br>  12/22/2004<br>  WIP<br>  Telephone call to J. Francis and  J. Faulkner<br>  re: case; Telephone call to  A. Rubin re: fee<br>  demand | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21724<br>  12/22/2004<br>  WIP | TIME | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |

7/18/2005                          Donovan Searles, LLC
10:42 AM                              Slip Listing                                    Page    14

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| Telephone call from  A. Rubin re: fee<br>demand; email to co-counsel re: same | | | | |
| 21730<br>12/23/2004<br>WIP<br>review email from J. Faulkner | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21790<br>1/4/2005<br>WIP<br>Telephone call from  A. Rubin and return call | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21791<br>1/4/2005<br>WIP<br>discuss status and fee issues with co-counsel | TIME<br>DAS<br>Mtgs of Counsel<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21796<br>1/4/2005<br>WIP<br>telephone conference call A. Rubin, J.<br>Francis re: settlement disputes | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21862<br>1/7/2005<br>WIP<br>telephone conference call A. Rubin, J.<br>Francis re: fee settlement terms | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21865<br>1/7/2005<br>WIP<br>telephone conference call J. Faulkner, J.<br>Francis re: status of talks | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21866<br>1/7/2005<br>WIP<br>review emails between A. Rubin, J. Faulkner<br>re: hearing | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21875<br>1/10/2005<br>WIP<br>various phone calls re: settlement<br>discussions | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21884<br>1/11/2005<br>WIP<br>email with co-counsel re: status of hearing | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| on pending motion | | | | |
| 21883<br>1/11/2005<br>WIP<br>Telephone call to  J. Faulkner re: case;<br>Telephone call from  A. Rubin re: status | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21882<br>1/11/2005<br>WIP<br>Telephone call from  J. Francis re: status of<br>negotiations | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21907<br>1/14/2005<br>WIP<br>various phone calls with A. Rubin, J. Francis,<br>J. Faulkner re: fee issue | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21904<br>1/14/2005<br>WIP<br>Telephone call from  A. Rubin | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21911<br>1/17/2005<br>WIP<br>Research re: recent class certification<br>decision re: Arrow practices | TIME<br>DAS<br>Legal Research<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 21912<br>1/17/2005<br>WIP<br>email to A. Rubin re: fee issues | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21913<br>1/17/2005<br>WIP<br>review email from A. Rubin; forward to<br>co-counsel and review responses; reply re:<br>list of things to do | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21915<br>1/17/2005<br>WIP<br>Telephone call to  A. Rubin re: procedural<br>steps | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 21916<br>1/17/2005<br>WIP | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 2.40 | 500.00 | 1200.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| work on terms of Memo of Understanding;<br>forward to co-counsel | | | | |
| 21926<br>1/18/2005<br>WIP<br>review email from A. Rubin. | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21928<br>1/18/2005<br>WIP<br>Telephone call from  A Rubin re: settlement<br>issues | TIME<br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 21932<br>1/19/2005<br>WIP<br>email co-counsel re: MOU | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 21936<br>1/19/2005<br>WIP<br>work on MOU issues; exchange email with<br>co-counsel, etc. | TIME<br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.30 | 500.00 | 650.00 |
| 21944<br>1/20/2005<br>WIP<br>email with co-counsel re: MOU; revisions to<br>same; Telephone call to  A. Rubin re: status;<br>forward draft MOU to her | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 21956<br>1/21/2005<br>WIP<br>Telephone call from  A. Rubin re: issues with<br>MOU; Telephone call to  J. Faulkner re: same | TIME<br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.60 | 500.00 | 300.00 |
| 21996<br>1/27/2005<br>WIP<br>review revised MOU from A. Rubin; email to<br>co-counsel re: same | TIME<br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |
| 21997<br>1/27/2005<br>WIP<br>email to A. Rubin re: her revisions to MOU;<br>review her reply | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 21988          TIME<br>1/27/2005<br>WIP<br>review 3d Cir case on class action fee awards | DAS<br>Legal Research<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 21999          TIME<br>1/28/2005<br>WIP<br>review email from A. Rubin; Telephone call to  J. Faulkner; review and revise  MOU; email to A. Rubin re: class size; Telephone call from  A. Rubin re: class size issues; review 2d Cir preliminary approval issues; forward MOU to A. Rubin | DAS<br>Settlement<br>Arrow Fin. - CT | 2.70 | 500.00 | 1350.00 |
| 22028          TIME<br>2/1/2005<br>WIP<br>start work on settlement agreement drafting | DAS<br>Settlement<br>Arrow Fin. - CT | 3.00 | 500.00 | 1500.00 |
| 22065          TIME<br>2/3/2005<br>WIP<br>Telephone call from  J Francis re: status; Telephone call to  A Rubin re: same | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 22070          TIME<br>2/3/2005<br>WIP<br>Telephone call to  A. Rubin | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 22069          TIME<br>2/4/2005<br>WIP<br>Telephone call from  A. Rubin re: status of MOU | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 22102          TIME<br>2/4/2005<br>WIP<br>review revisions from A Rubin; forward to co-counsel | DAS<br>Settlement<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 22105          TIME<br>2/7/2005<br>WIP<br>Telephone call from  A. Rubin re: status; email to co-counsel re: same; work on revisions | DAS<br>Settlement<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |

7/18/2005                               Donovan Searles, LLC
10:42 AM                                     Slip Listing                                  Page      18

| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 22116<br>2/7/2005<br>WIP<br>resukme work on settlement agreement | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |
| 22124<br>2/8/2005<br>WIP<br>work on form notice | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 22118<br>2/8/2005<br>WIP<br>emails with A. Rubin and co-counsel re: MOU | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 22119<br>2/8/2005<br>WIP<br>work on settlement agreement, preliminary.<br>approval order, claim form | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 22126<br>2/9/2005<br>WIP<br>Work on notice, final order; email co-counsel<br>re: same | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |
| 22147<br>2/11/2005<br>WIP<br>Telephone call to  A. Rubin re: status | TIME<br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 22192<br>2/18/2005<br>WIP<br>review email from A. Rubin; email to<br>co-counsel re: same | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 22196<br>2/18/2005<br>WIP<br>review revisions to settlement documents<br>from A. Rubin | TIME<br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.50 | 500.00 | 750.00 |
| 22221<br>2/24/2005<br>WIP<br>review and reply to email from A Rubin | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 23267<br>2/25/2005<br>WIP | TIME<br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

| Slip ID Dates and Time Status Description | Timekeeper Activity Client Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| review email and form of notice from A. Rubin | | | | |
| 23269 2/25/2005 WIP work on revisions to settlement docs | TIME DAS Settlement Arrow Fin. - CT | 1.40 | 500.00 | 700.00 |
| 23274 2/26/2005 WIP review suggested changes from J. Faulkner | TIME DAS Settlement Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 23287 3/2/2005 WIP review and reply to email from A. Rubin | TIME DAS Correspondence Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 23300 3/7/2005 WIP start work on motio nfor preliminary approval | TIME DAS Pleading/Brief Arrow Fin. - CT | 0.80 | 500.00 | 400.00 |
| 23330 3/11/2005 WIP Telephone call from  A. Rubin re: settlement docs | TIME DAS Tele w/to Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 23344 3/13/2005 WIP review settlment documents from A. Rubin | TIME DAS Settlement Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 23352 3/14/2005 WIP review letter from A. Rubin | TIME DAS Correspondence Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 23374 3/17/2005 WIP work on revisions to settlement documents from Arrow; forward to defense counsel | TIME DAS Settlement Arrow Fin. - CT | 1.50 | 500.00 | 750.00 |
| 23398 3/22/2005 WIP Telephone call from  A. Rubin re: docs | TIME DAS Tele w/to Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |

7/18/2005                            Donovan Searles, LLC
10:42 AM                               Slip Listing                              Page    20

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 23405            TIME<br>3/22/2005<br>WIP<br>Telephone call from  A. Rubin re things to be<br>done; clean up settlement documents; letter<br>to counsel and Telephone call to  J. Francis<br>re: same | DAS<br>Settlement<br>Arrow Fin. - CT | 1.20 | 500.00 | 600.00 |
| 24377            TIME<br>3/29/2005<br>WIP<br>review and reply to email re: filing to be<br>done, etc. | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24383            TIME<br>3/29/2005<br>WIP<br>work on draft motion for preliminary approval | DAS<br>Settlement<br>Arrow Fin. - CT | 4.30 | 500.00 | 2150.00 |
| 24388            TIME<br>3/30/2005<br>WIP<br>finalize brief insupport of preliminary<br>approval; Telephone call from  A. Rubin re:<br>case; email to J. Faulkner | DAS<br>Settlement<br>Arrow Fin. - CT | 2.50 | 500.00 | 1250.00 |
| 23969            TIME<br>4/1/2005<br>WIP<br>review letters from A. Rubin, email from<br>co-counsel | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24024            TIME<br>4/11/2005<br>WIP<br>review and reply to email re: conference call<br>with Court and timetable for notice, etc. | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 24037            TIME<br>4/12/2005<br>WIP<br>review and repy to email from A. Rubin | DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24043            TIME<br>4/14/2005<br>WIP<br>review emails re: conference call and reply;<br>Telephone call to  A. Rubin re: call with court | DAS<br>Settlement<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |

7/18/2005                                  Donovan Searles, LLC
10:42 AM                                      Slip Listing                                          Page      21


| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 24044          TIME<br>4/14/2005<br>WIP<br>prepare for conference call with court | DAS<br>Prep Crt App<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 24046          TIME<br>4/14/2005<br>WIP<br>telephone conference call with counsel and<br>Court re: preliminary approval | DAS<br>Court App<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 24050          TIME<br>4/15/2005<br>WIP<br>review and reply to email from A. Rubin | DAS<br>Settlement<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 24077          TIME<br>4/20/2005<br>WIP<br>review Court order re: preliminary approval | DAS<br>Pleading/Brief<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 24105          TIME<br>4/25/2005<br>WIP<br>review and reply to email from A. Rubin re:<br>notice and claim form | DAS<br>Settlement<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 24152          TIME<br>5/4/2005<br>WIP<br>review fax notice from A. Rubin and respond | DAS<br>Settlement<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 24255          TIME<br>5/23/2005<br>WIP<br>review letter from class member; forward to<br>other counsel | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24294          TIME<br>5/27/2005<br>WIP<br>review letter from class member and forward<br>to A. Rubin | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24422          TIME<br>6/2/2005<br>WIP<br>review letter from class member | DAS<br>Settlement<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 24428          TIME<br>6/6/2005<br>WIP | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |

Donovan Searles, LLC
Slip Listing

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| review letter from class member; discuss<br>assignment with law student | | | | |
| 24621<br>6/15/2005<br>WIP<br>email among counsel re: conference call | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |
| 24626<br>6/15/2005<br>WIP<br>Telephone call from  A. Rubin re: claims<br>issues | TIME<br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24642<br>6/17/2005<br>WIP<br>Telephone call from  J. Francis re: lodestar;<br>Telephone call to  J. Faulkner re: same | TIME<br><br>DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24656<br>6/20/2005<br>WIP<br>Telephone call from  J. Faulkner re: fee<br>petition | TIME<br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24657<br>6/20/2005<br>WIP<br>email to A. Rubin re: status of opt outs | TIME<br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 24658<br>6/20/2005<br>WIP<br>begin Research re: regarding fee petition<br>standards in district of Connecticut | TIME<br><br>DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 0.50 | 500.00 | 250.00 |
| 24660<br>6/21/2005<br>WIP<br>Research re: Court caselaw on fee petitions<br>standards | TIME<br><br>DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 24666<br>6/21/2005<br>WIP<br>review email from other counsel re: claims<br>filed | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24676<br>6/22/2005<br>WIP | TIME<br><br>DAS<br>Correspondence<br>Arrow Fin. - CT | 0.30 | 500.00 | 150.00 |

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| email with co-counsel re: fee petition arguments | | | | |
| 24687<br>6/22/2005<br>WIP<br>email from A. Rubin re: results of class response; reply | TIME<br><br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24712<br>6/29/2005<br>WIP<br>email with J. Faulkner re: atty fee issues | TIME<br><br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24725<br>7/1/2005<br>WIP<br>Research re: terms of reasonable settlement as discussed in new First Circuit case | TIME<br><br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 1.00 | 500.00 | 500.00 |
| 24733<br>7/5/2005<br>WIP<br>start work on fee motion and memo; email to co-counsel re: same | TIME<br><br><br>DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 3.30 | 500.00 | 1650.00 |
| 24734<br>7/5/2005<br>WIP<br>email to A. Rubin re: claims administration | TIME<br><br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24749<br>7/6/2005<br>WIP<br>work on fee motion; Research re: 2d cir caselaw, etc | TIME<br><br><br>DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 3.00 | 500.00 | 1500.00 |
| 24744<br>7/6/2005<br>WIP<br>review and reply to email from A. Rubin; insert info into brief | TIME<br><br><br>DAS<br>Settlement<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 24767<br>7/11/2005<br>WIP<br>review and work on draft fee petition from J. Faulkner | TIME<br><br><br>DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 3.00 | 500.00 | 1500.00 |

7/18/2005                                  Donovan Searles, LLC
10:42 AM                                      Slip Listing                                    Page    24

| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 24768          TIME<br>7/11/2005<br>WIP<br>review and reply to email from a. Rubin | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24771          TIME<br>7/11/2005<br>WIP<br>work on revisions to motion for final approval | DAS<br>Settlement<br>Arrow Fin. - CT | 1.50 | 500.00 | 750.00 |
| 24772          TIME<br>7/11/2005<br>WIP<br>revise  final order in light of response to<br>notice | DAS<br>Settlement<br>Arrow Fin. - CT | 0.20 | 500.00 | 100.00 |
| 24787          TIME<br>7/13/2005<br>WIP<br>Telephone call from  J. Francis re: fee<br>petition | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.10 | 500.00 | 50.00 |
| 24803          TIME<br>7/14/2005<br>WIP<br>telephone conference call with co-counsel<br>re: finalization of motions due to be filed next<br>week | DAS<br>Tele w/to<br>Arrow Fin. - CT | 0.40 | 500.00 | 200.00 |
| 24804          TIME<br>7/14/2005<br>WIP<br>work on declaration to be submitted in<br>support of fee petition | DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 1.70 | 500.00 | 850.00 |
| 24816          TIME<br>7/18/2005<br>WIP<br>review email re: brief; revise  same; email to<br>co-counsel re: same, work on declaration re:<br>fees; forward declaration and exhibits to<br>co-counsel | DAS<br>Fee Apps & Pro<br>Arrow Fin. - CT | 2.40 | 500.00 | 1200.00 |
| 24784          TIME<br>7/27/2005<br>WIP<br>Travel to Court for final approval hearing | DAS<br>Travel<br>Arrow Fin. - CT | 4.00 | 500.00 | 2000.00 |

7/18/2005                                    Donovan Searles, LLC
10:42 AM                                        Slip Listing                                    Page    25


| Slip ID<br>Dates and Time<br>Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|
| 24785            TIME<br>7/28/2005<br>WIP<br>appear in Court for final approval hearing | DAS<br>Court App<br>Arrow Fin. - CT | 2.00 | 500.00 | 1000.00 |
| 24786            TIME<br>7/28/2005<br>WIP<br>travel back to Pa. following final approval<br>hearing | DAS<br>Travel<br>Arrow Fin. - CT | 4.00 | 500.00 | 2000.00 |
| 24817            TIME<br>7/28/2005<br>WIP<br>projected tim to dealwithclass<br>administrationissues and class members,<br>going forward | DAS<br>Settlement<br>Arrow Fin. - CT | 5.00 | 500.00 | 2500.00 |

Total: DAS

|  |  | Units |  | Slip Value |
|---|---|---|---|---|
|  | Billable | 134.80 |  | 67400.00 |
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 134.80 |  | 67400.00 |

Timekeeper: MDD

| 23183            TIME<br>1/17/2005<br>WIP<br>Confer with D. Searles | MDD<br>Mtgs of Counsel<br>Arrow Fin. - CT | 0.50 | 520.00 | 260.00 |

Total: MDD

|  |  | Units |  | Slip Value |
|---|---|---|---|---|
|  | Billable | 0.50 |  | 260.00 |
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 0.50 |  | 260.00 |

Grand Total

|  |  | Units |  | Slip Value |
|---|---|---|---|---|
|  | Billable | 143.10 |  | 68809.00 |
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 143.10 |  | 68809.00 |