7/18/2005  
10:43 AM

Donovan Searles, LLC  
Slip Listing

Page 1

| Slip ID / Dates and Time / Status / Description | Timekeeper / Activity / Client / Reference | Units | Rate | Slip Value |
|---|---|---:|---:|---:|

**Activity: $Faxes**

| 15587<br>3/31/2003<br>WIP<br>Fax charges for the month of March | EXP<br><br><br> | DAS<br>$Faxes<br>Arrow Fin. - CT<br> | 7 | 0.25 | 1.75 |
| 15621<br>6/30/2003<br>WIP<br>Fax charges for the month of June | EXP<br><br><br> | DAS<br>$Faxes<br>Arrow Fin. - CT<br> | 12 | 0.25 | 3.00 |

Total: $Faxes

| | Billable | 0.00 | | 4.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 4.75 |

**Activity: $In-house copy**

| 15780<br>6/30/2003<br>WIP<br>In-house copying for the months of January till June 2003 | EXP | DAS<br>$In-house copy<br>Arrow Fin. - CT | 38 | 0.25 | 9.50 |

Total: $In-house copy

| | Billable | 0.00 | | 9.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 9.50 |

**Activity: $Phone**

| 19835<br>9/30/2004<br>WIP<br>Phone charges for the month of September 2004 | EXP | DAS<br>$Phone<br>Arrow Fin. - CT | 1 | 14.51 | 14.51 |

Total: $Phone

| | Billable | 0.00 | | 14.51 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 14.51 |

**Activity: $Postage**

| 12272<br>6/30/2002<br>WIP<br>June 2002 | EXP | DAS<br>$Postage<br>Arrow Fin. - CT | 1 | 1.23 | 1.23 |

7/18/2005  
10:43 AM  

Donovan Searles, LLC  
Slip Listing  

Page 2

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 12331<br>12/31/2002<br>WIP<br>December 2002 | EXP | DAS<br>$Postage<br>Arrow Fin. - CT | 1 | 1.60 | 1.60 |

Total: $Postage

| | Billable | 0.00 | 2.83 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 2.83 |

Activity: $Trav,Food,Lod

| 19867<br>9/20/2004<br>WIP<br>Travel to Connecticut | EXP | | DAS<br>$Trav,Food,Lod<br>Arrow Fin. - CT | 1 | 120.34 | 120.34 |
|---|---|---|---|---|---|---|
| 24747<br>7/27/2005<br>WIP<br>lodging, and parking night prior to final<br>approval hearing | EXP | | DAS<br>$Trav,Food,Lod<br>Arrow Fin. - CT | 1 | 206.28 | 206.28 |
| 24748<br>7/27/2005<br>WIP<br>Meals during trip to final approval hearing in<br>CT | EXP | 7/28/2005 | DAS<br>$Trav,Food,Lod<br>Arrow Fin. - CT | 1 | 80.00 | 80.00 |

Total: $Trav,Food,Lod

| | Billable | 0.00 | 406.62 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 406.62 |

Activity: $WestLaw

| 11054<br>12/31/2002<br>WIP<br>WestLaw legal research fees for the month<br>of December 2002 | EXP | DAS<br>$WestLaw<br>Arrow Fin. - CT | 1 | 100.00 | 100.00 |
|---|---|---|---|---|---|
| 15519<br>6/30/2003<br>WIP<br>WestLaw legal research fees for the month<br>of June 2003 | EXP | DAS<br>$WestLaw<br>Arrow Fin. - CT | 1 | 100.00 | 100.00 |
| 20165<br>10/31/2004<br>WIP<br>WestLaw legal research fees for the month | EXP | DAS<br>$WestLaw<br>Arrow Fin. - CT | 1 | 100.00 | 100.00 |

| 7/18/2005 | Donovan Searles, LLC | | | |
| 10:43 AM | Slip Listing | | | Page    3 |

| Slip ID | Timekeeper | | | |
|  Dates and Time |  Activity | | | |
|  Status |  Client | | | |
|  Description |  Reference | Units | Rate | Slip Value |

 of October 2004

Total: $WestLaw
|  | Billable | 0.00 | | 300.00 |
|  | Unbillable | 0.00 | | 0.00 |
|  | Total | 0.00 | | 300.00 |

Grand Total
|  | Billable | 0.00 | | 738.21 |
|  | Unbillable | 0.00 | | 0.00 |
|  | Total | 0.00 | | 738.21 |