UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUCIANO PETROLITO | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02-cv-484 (JCH) |
| v. | : | |
| | : | |
| ARROW FINANCIAL SERVICES, LLC | : | |
|     Defendant. | : | |
| | : | |

### DECLARATION OF JAMES A. FRANCIS, ESQUIRE, SUBMITTED IN SUPPORT OF COUNSEL'S PETITION FOR ATTORNEYS' FEES AND UNREIMBURSED EXPENSES INCURRED IN CONNECTION WITH THE ABOVE-CAPTIONED LITIGATION ON BEHALF OF FRANCIS & MAILMAN, P.C.

I, James A. Francis, Esquire, declare as follows:

1. I am a founding member of the law firm of Francis & Mailman, P.C. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2. My firm acted as co-lead counsel with the law firms of Law Offices of Joanne Faulkner and Donovan Searles, LLC in this class action. My firm actively participated in many aspects of this litigation. The tasks undertaken by my firm can be summarized as follows:

    a) taking the lead, along with co-counsel Donovan Searles, LLC, with the settlement negotiations that led to the eventual settlement of the case;

    b) researching legal issues in the case;

    c) conferring with co-counsel on all tactical decisions;

    d) reviewing correspondence and briefing from defense counsel;

  e) participating in the drafting, editing and finalizing all settlement papers, including the settlement agreement, the forms of mailed and published notice and the forms of approval orders, the motions for preliminary approval and final approval, and memorandums in support thereof;

  f) fielding and responding to telephone calls and written communications from class members following the sending of notice regarding questions about the terms of the settlement, opt-outs and exclusions;

  g) following preliminarily approval, my firm received and responded to phone calls and letters from class members concerning the terms of the settlement; while some of these communications were handled by this firm's support staff, some required the assistance and participation of an attorney from the firm, including myself;

  3. The Schedules of Time Expended attached hereto as Exhibit A contain detailed and specific summaries indicating the amount of time, by specific work expended, spent by each attorney and paralegal who was involved in this litigation, and the lodestar fee calculation based on my firm's current billing rates. All members of my firm who participated in this litigation and comprise my firm's total lodestar are referenced in paragraph 6 below. The Schedules were prepared from contemporaneous time records regularly prepared and maintained by my firm. As each attorney contemporaneously records time according to his own activity descriptions and/or shorthand, there are some variations in the description of an activity and the parties involved in an activity (i.e. sometimes one attorney uses abbreviations for an activity such as "t/c" for telephone call and another does not).  Time expended in preparing this application for fees and reimbursement of expenses has been included in this request and anticipated time going forward has also been estimated and included.

4. Even though the instant litigation involved class action representation of a complex nature, the hourly rates charged by my firm included in Exhibit A is the same as the regular current rates charged to clients who retain the firm in connection with individual cases. Accordingly, although contingent consumer class action litigation involves an increased complexity and risk factor, there has not been any alteration or deviation from the firm's normal hourly rates to account for the added complexity or increased risk factor of this action.

5. As set forth in Exhibit A, the hourly rate charged by Mr. Mailman and me in this case is $295.00 an hour, and the hourly rate of $225.00 is charged for associate Michael Szymborski. Time is also charged for the paralegals of my firm referenced below. The hourly rates charged are reasonable and within the range charged by attorneys with comparable experience levels for consumer class action litigation of a similar nature. *See Perry v. FleetBoston Financial Corp.*, ___ F.R.D.___, 2004 WL 1508518 (E.D. Pa. 2004)(approving identical attorney hourly rates in FCRA class action). My firm has been previously certified to serve as class counsel on numerous occasions by federal and state courts on multiple occasions. As to the standing of my firm, attached hereto as Exhibit B is a biography of the attorneys of my firm and a background of the firm and its work.

6. The lodestar devoted to the case by Francis & Mailman, P.C. for work performed with respect to this case is as follows:

| Attorney | Hourly Rate | Hours | Fees |
|---|---|---|---|
| James A. Francis | $295.00 | 74.3 | $21,918.50 |
| Mark D. Mailman | $295.00 | 4.40 | $1,298.00 |

| | | | |
|---|---|---|---|
| Michael Szymborksi | $225.00 | 11.40 | $2,565.00 |
| Paralegals | | | |
| Danielle Spang | $125.00 | 11.10 | $1,387.50 |
| Vondalynn Lee | $125.00 | 2.00 | $250.00 |

**Total Lodestar:**                         **$27, 419**

7. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8. As detailed in Exhibit C, my firm has incurred a total of $303.35 in unreimbursed expenses in connection with the prosecution of this litigation.

9. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate recordation of the expenses.

I declare under the penalty of perjury that the foregoing is true and correct.


DATE: July 18, 2005

                                                           /s/    James A. Francis
                                                     JAMES A. FRANCIS
                                                     Attorney for the Plaintiff Class