**EXHIBIT A**

**PETROLITO V. ARROW FINANCIAL SERVICES**
**NO. 3:02-CV-484 (JCH)**

Time Expended By Attorney James A. Francis

# Francis & Mailman

**Time Entry Report For:**
**Petrolito, L. v. Arrow FS**

Client ID: Pe002
Matter ID: Pe002-001

Sun Dec 1, 2002 to Sun Jul 31, 2005

| Date | | | | |
|---|---|---|---|---|
| Thu Dec 19, 2002 | JAF | review file and docket for participation in case with Joanne Faulkner and DAS; draft pro hac vice documents; t/c with co-counsel; draft letter to co-counsel-Open file | | 3.50 Hrs. @ $295.00/Hr. = $1,032.50 |
| Mon Dec 30, 2002 | JAF | review plaintiff's class certification briefing and discovery materials, reply memorandum re motion for class certification | | 2.40 Hrs. @ $295.00/Hr. = $708.00 |
| Mon Jan 6, 2003 | JAF | draft Entry of Appearance; draft correspondence; t/c with co-counsel | | 0.60 Hrs. @ $295.00/Hr. = $177.00 |
| Mon May 12, 2003 | JAF | review renewed motion for class certification; t/c with co-counsel re the same; review court's prior order and memorandum; prior motion | | 1.20 Hrs. @ $295.00/Hr. = $354.00 |
| Fri Jun 20, 2003 | JAF | draft declaration and correspondence to co-counsel re certification of counsel; | | 0.50 Hrs. @ $295.00/Hr. = $147.50 |
| Mon Mar 15, 2004 | JAF | review class certification opinion; t/c with co-counsel; review proposed draft of notice | | 1.40 Hrs. @ $295.00/Hr. = $413.00 |
| Tue Mar 23, 2004 | JAF | | | |

Time Entry Report                                                                                                     Petrolio, L. v. Arrow FS

| Date | | Description | |
|---|---|---|---|
| Mon Apr 26, 2004 | JAF | review defendant's motion for reconsideration of class cert decision | 0.30 Hrs. @ $295.00/Hr. = $88.50 |
| Wed Aug 25, 2004 | JAF | review court's order and memorandum re motion for reconsideration; review and respond to email from Joanne Faulkner | 0.50 Hrs. @ $295.00/Hr. = $147.50 |
| Wed Nov 10, 2004 | JAF | review court order and settlement letters to and from co-counsel and Anne Rubin | 0.40 Hrs. @ $295.00/Hr. = $118.00 |
| Thu Nov 11, 2004 | JAF | conference call with co-counsel re Arrow paying for notice; t/c with DAS review emails | 1.30 Hrs. @ $295.00/Hr. = $383.50 |
| Thu Nov 18, 2004 | JAF | review emails concerning notice; review defendant's motion to oppose stay; t/c with co-counsel; | 2.30 Hrs. @ $295.00/Hr. = $678.50 |
| Fri Nov 19, 2004 | JAF | settlement negotiations---telephone conference with defendant's counsel re plaintiff's current settlement position; t/c with DAS re approach; review correspondence; | 1.60 Hrs. @ $295.00/Hr. = $472.00 |
| Wed Nov 24, 2004 | JAF | meeting with DAS re settlement posture and strategy in light of telephone conference; review emails and correspondence re terms; meet with MDM | 2.30 Hrs. @ $295.00/Hr. = $678.50 |
| Tue Dec 7, 2004 | JAF | t/c with Joanne Faulkner and DAS re settlement discussions and updated numbers of class members who paid; t/c with Anne Rubin re the same; review file for claims | 1.60 Hrs. @ $295.00/Hr. = $472.00 |

*Time Entry Report* | | | *Petrolito, L. v. Arrow FS*
---|---|---|---

| Date | | | |
|---|---|---|---|
| Wed Dec 8, 2004 | JAF | Settlement negotiations---t/c with Arrow counsel and co-counsel re settlement negotiations; t/c with Joanne Faulkner and DAS re current settlement posture and Arrow offer to formulate a demand; review discovery materials to ascertain size of the class of those members who paid and those who didn't | 2.40 Hrs. @ $295.00/Hr. = $708.00 |
| Mon Dec 13, 2004 | JAF | review emails from co-counsel re settlement offer from Arrow; t/c with DAS re counter proposal; review complaint and motion for class certification | 0.80 Hrs. @ $295.00/Hr. = $236.00 |
| Thu Dec 16, 2004 | JAF | Settlement negotiations---t/cs with Arrow counsel and co-counsel re settlement negotiations; t/cs with Joanne F and DAS as well; research merits of claims re Connecticut law; meet with MDM re his discussions with Arrow counsel of Petrolito in other cases; | 3.70 Hrs. @ $295.00/Hr. = $1,091.50 |
| Fri Dec 17, 2004 | JAF | multiple t/cs re settlement negotiations with defendant's counsel and co-counsel; review email correspondence to and from defendant's counsel | 1.40 Hrs. @ $295.00/Hr. = $413.00 |
| Wed Jan 5, 2005 | JAF | Settlement negotiations Re Phase 1 confirmation---multiple t/cs re settlement negotiations on Phase one (non-attorney's fees); t/cs with Joanne and DAS; t/c with Anne Rubin; review confirmatory correspondence | 1.60 Hrs. @ $295.00/Hr. = $472.00 |

*Time Entry Report*

Petrolito, L. v. Arrow FS

| Date | | | Description | Amount |
|---|---|---|---|---|
| Fri Jan 7, 2005 | JAF | | Settlement negotiations re attorney's fees issues—t/c with Anne Rubin and DAS re settlement negotiations; review email correspondence between co-counsel and opposing counsel; review file re numbers and actual damages | 1.20 Hrs. @ $295.00/Hr. = $354.00 |
| Mon Jan 17, 2005 | JAF | | Settlement negotiations—t/cs with Anne Rubin re settlement negotiations; t/c with DAS; t/c with Joanne F and DAS re fees offer; review email correspondence from Anne Rubin re hearing on Thursday; review emails re California case in light of Rubin lodestar arguments; | 1.70 Hrs. @ $295.00/Hr. = $501.50 |
| Thu Jan 20, 2005 | JAF | | review documents and agreement from California class action; review docket; t/c with Arrow counsel re the same; review correspondence from co-counsel re Arrow's latest settlement position; draft response; review MOU | 2.30 Hrs. @ $295.00/Hr. = $678.50 |
| Mon Feb 7, 2005 | JAF | | review, edit and revise memorandum of understanding, correspondence back and forth re confirmatory discovery; t/cs with DAS re the same | 2.40 Hrs. @ $295.00/Hr. = $708.00 |
| Tue Feb 8, 2005 | JAF | | review, edit and revise MOU; review correspondence from co-counsel | 2.60 Hrs. @ $295.00/Hr. = $767.00 |
| Wed Feb 9, 2005 | JAF | | t/c with co-counsel; review correspondence among counsel re MOU and settlement agreement; fax correspondence to Arrow counsel; review settlement agreement | 1.80 Hrs. @ $295.00/Hr. = $531.00 |
| | | | edit and revise notice; review correspondence circulated among co-counsel; | |

*Time Entry Report*

*Petrolito, L. v. Arrow FS*

| Date | | Description | |
|---|---|---|---|
| Thu Apr 14, 2005 | JAF | attend telephone conference on motion for preliminary approval; prepare for conference; review all settlement documents | 1.30 Hrs. @ $295.00/Hr. = $383.50 |
| Wed Apr 20, 2005 | JAF | review court's order approving settlement and calendar all dates; review notice | 1.30 Hrs. @ $295.00/Hr. = $383.50 |
| Tue May 24, 2005 | JAF | meet with associate MJS and intake department re Arrow Settlement and protocol for responding to inquiries from class members and objections, opt outs, etc. | 0.60 Hrs. @ $295.00/Hr. = $177.00 |
| Mon Jun 13, 2005 | JAF | t/cs from class members; meet with associate to discuss class member inquiries and opt out concerns, explain settlement agreement, review class members' histories, class members who say they never received timely notice | 3.60 Hrs. @ $295.00/Hr. = $1,062.00 |
| Tue Jun 21, 2005 | JAF | review correspondence and calls from class members who state that they received notice late; meet with staff to address; review and draft correspondence to counsel; | 2.60 Hrs. @ $295.00/Hr. = $767.00 |
| Fri Jun 24, 2005 | JAF | review correspondence from class members; t/c with class member; meet with associate re late notice issues, submission of claims forms; draft correspondence to opposing counsel re inclusion of late filing members; | 1.90 Hrs. @ $295.00/Hr. = $560.50 |
| Wed Jun 29, 2005 | JAF | | 2.90 Hrs. @ $295.00/Hr. = $855.50 |

Time Entry Report | Petrolito, L. v. Arrow FS

| Date | | | Description | |
|---|---|---|---|---|
| Wed Jul 13, 2005 | JAF | | review class member correspondence; meet with staff to discuss responding to and late forms; | 1.60 Hrs. @ $295.00/Hr. = $472.00 |
| Thu Jul 14, 2005 | JAF | | t/c with DAS re motion for final approval; draft and review emails re motion for final approval and motion for attorney's fees; draft motion for final approval and attorney's fees; | 2.40 Hrs. @ $295.00/Hr. = $708.00 |
| Sun Jul 17, 2005 | JAF | | t/c with JF and DAS re Monday filing; MOL on fees and final approval; review emails regarding correct up to date draft to review | 0.60 Hrs. @ $295.00/Hr. = $177.00 |
| | | | edit and review MOL re final approval and fee petition; draft declaration and assemble exhibits; review and respond to emails | 3.70 Hrs. @ $295.00/Hr. = $1,091.50 |
| Thu Jul 28, 2005 | JAF | | attend final approval hearing; travel; prepare for (anticipated); follow up matters | 10.00 Hrs. @ $295.00/Hr. = $2,950.00 |

Total Time : 74.30 Hrs.

Grand Total : $21,918.50

## PETROLITO V. ARROW FINANCIAL SERVICES
### NO. 3:02-CV-484 (JCH)

Time Expended By Attorney Mark D. Mailman

*Francis & Mailman*

**Time Entry Report For:**
**Petrolito, L. v. Arrow FS**
Client ID: Pe002
Matter ID: Pe002-001

Sun Dec 1, 2002 to Sun. Jul 31, 2005

| Date | | | | |
|---|---|---|---|---|
| Thu Dec 19, 2002 | MDM | Meet with JAF re possible participation in class action case with Joanne Faulkner and DAS against Arrow; review complaint; | | 1.90 Hrs. @ $295.00/Hr. = $560.50 |
| Mon Mar 15, 2004 | MDM | review class certification opinion; meet with JAF re progress of case and firm's involvement; | | 1.30 Hrs. @ $295.00/Hr. = $383.50 |
| Mon Jun 27, 2005 | MDM | Petrolito class member questions- take call; meet with paralegal re handling while JAF out today; | | 1.20 Hrs. @ $295.00/Hr. = $354.00 |

Total Time : 4.40 Hrs.

Grand Total : $1,298.00

PETROLITO V. ARROW FINANCIAL SERVICES
NO. 3:02-CV-484 (JCH)

Time Expended By Attorney Michael J. Szymborski

# Francis & Mailman

**Time Entry Report For:**
**Petrolito, L. v. Arrow FS**

Client ID: Pe002
Matter ID: Pe002-001

Sun Dec 1, 2002 to Sun. Jul 31, 2005

| Date | | Description | |
|---|---|---|---|
| Thu May 19, 2005 | MJS | Communication with class members re: notice; file review | 2.50 Hrs. @ $225.00/Hr. = $562.50 |
| Fri May 20, 2005 | MJS | Communication with class members; Conference with DMS and MFR | 1.50 Hrs. @ $225.00/Hr. = $337.50 |
| Tue May 24, 2005 | MJS | Communication with class members | 1.50 Hrs. @ $225.00/Hr. = $337.50 |
| Wed May 25, 2005 | MJS | Communication with class member; file review; Drafting and revising correspondance to class members | 2.70 Hrs. @ $225.00/Hr. = $607.50 |
| Thu Jun 16, 2005 | MJS | Communication with class members | 1.20 Hrs. @ $225.00/Hr. = $270.00 |
| Fri Jun 17, 2005 | MJS | - Communication with class members; file review | 1.20 Hrs. @ $225.00/Hr. = $270.00 |
| Mon Jul 11, 2005 | MJS | Communication with class members re late notice; meet with JAF re problems with notice | 0.80 Hrs. @ $225.00/Hr. = $180.00 |

Total Time :  **11.40 Hrs.**

Grand Total :  **$2,565.00**

Time Entry Report

Printed by Administrator on Mon Jul 18, 2005.

Petrolito, L. v. Arrow FS

Page 2 of 2

**PETROLITO V. ARROW FINANCIAL SERVICES**
**NO. 3:02-CV-484 (JCH)**

Time Expended By Paralegal Vondalyn Lee

*Francis & Mailman*

**Time Entry Report For:**
**Petrolito, L. v. Arrow FS**
Client ID: Pe002
Matter ID: Pe002-001

Sun Dec 1, 2002 to Sun. Jul 31, 2005

| Date | | | |
|---|---|---|---|
| Wed May 25, 2005 | VL | Class Action Calls | 0.40 Hrs. @ $125.00/Hr. = $50.00 |
| Thu May 26, 2005 | VL | Class Action Calls | 0.30 Hrs. @ $125.00/Hr. = $37.50 |
| Fri May 27, 2005 | VL | Class Action Calls | 0.50 Hrs. @ $125.00/Hr. = $62.50 |
| Wed Jun 1, 2005 | VL | Class Action Calls | 0.40 Hrs. @ $125.00/Hr. = $50.00 |
| Wed Jun 8, 2005 | VL | Class Action Calls | 0.40 Hrs. @ $125.00/Hr. = $50.00 |

Total Time : 2.00 Hrs.
Grand Total : $250.00

**PETROLITO V. ARROW FINANCIAL SERVICES
NO. 3:02-CV-484 (JCH)**

Time Expended By Paralegal Danielle Spang

*Francis & Mailman*

**Time Entry Report For:**
**Petrolito, L. v. Arrow FS**
Client ID: Pe002
Matter ID: Pe002-001

Sun Dec 1, 2002 to Sun. Jul 31, 2005

| Date | | | | |
|---|---|---|---|---|
| Fri May 20, 2005 | DMS | Class Action Calls | | 4.00 Hrs. @ $125.00/Hr. = $500.00 |
| Mon May 23, 2005 | DMS | Class Action Calls | | 2.00 Hrs. @ $125.00/Hr. = $250.00 |
| Tue May 24, 2005 | DMS | Class Action Calls | | 1.30 Hrs. @ $125.00/Hr. = $162.50 |
| Wed May 25, 2005 | DMS | Letter to Marcellino-Reis (Faxed); t/c with other class members | | 1.30 Hrs. @ $125.00/Hr. = $162.50 |
| Thu May 26, 2005 | DMS | Class Action Calls | | 0.30 Hrs. @ $125.00/Hr. = $37.50 |
| Tue Jun 21, 2005 | DMS | Class Action Calls | | 0.80 Hrs. @ $125.00/Hr. = $100.00 |
| Thu Jun 23, 2005 | DMS | Class Action Claim Forms | | 1.40 Hrs. @ $125.00/Hr. = $175.00 |

Total Time : **11.10 Hrs.**

Grand Total : **$1,387.50**