**EXHIBIT B**

LAW OFFICES

# FRANCIS & MAILMAN

A PROFESSIONAL CORPORATION

LAND TITLE BUILDING, 19TH FLOOR

100 SOUTH BROAD STREET

PHILADELPHIA, PA 19110

215-735-8600

FAX: 215-940-8000

WWW.CONSUMERLAWFIRM.COM

EMAIL: INFO@CONSUMERLAWFIRM.COM

---

**Francis & Mailman, P.C.** is a law firm located in center city Philadelphia, Pennsylvania that concentrates in consumer litigation. The firm was founded in early 1998 with the goal of providing zealous advocacy to consumers subjected to unfair business, industry and trade practices. The firm represents consumers in individual actions, as well as through class action lawsuits, in the areas of unlawful credit reporting and debt collection practices, unfair trade practices, breach of warranty, truth-in-lending and other consumer matters. The firm's attorneys have significant litigation experience both in federal and state trial courts throughout Pennsylvania.

## Shareholders

**JAMES A. FRANCIS** is admitted to practice before the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, as well as the Pennsylvania state court. He is a 1992 graduate of Muhlenberg College (B.A., *cum laude*) and a 1995 graduate of the Temple University Beasley School of Law. In law school, he won the 1995 Wapner, Newman & Wigrizer, P.C. award for excellence in civil trial advocacy and was awarded outstanding oral advocacy. Additionally, he served as President of the Student Bar Association. Following law school, Mr. Francis was associated with Kolsby, Gordon, Robin, Shore & Rothweiler in Philadelphia, where his practice was concentrated in catastrophic injury litigation and medical malpractice. Since the formation of Francis & Mailman, P.C., he has focused his practice in consumer litigation, with particular concentration in fair credit reporting, fair debt collection practices and consumer class actions. He has tried and successfully litigated cases on behalf of many consumers throughout Pennsylvania.

In 2004, Mr. Francis was honored as one of the Top 100 Super Lawyers for both the Commonwealth of Pennsylvania and City of Philadelphia by *Philadelphia Magazine* and *Pennsylvania Super Lawyers 2004*, and in 2005 he was again named one of the Top 100 Super Lawyers in Philadelphia. Additionally, he has appeared on the NBC Philadelphia affiliate News 10's Consumer Alert and ABC Channel 6's Action News programs to discuss credit reporting issues.

## Class Counsel Certifications

*Perry v. FleetBoston Financial Corp.*, __ F.R.D. __, 2005 WL 1527694 (E.D. Pa. 2005);

*Beck v. Maximus, Inc.*, 2005 WL 589749 (E.D. Pa. 2005);

*Stoner v. CBA Information Services*, 352 F. Supp. 2d 549 (E.D. Pa. 2005);

*Bittner v. Trans Union, LLC*, C.A. No. 04-2562 (E.D. Pa. January 4, 2005);

*Wisneski v. Nationwide Collections, Inc.*, 227 F.R.D. 259 (E.D. Pa. 2004);

*Petrolito v. Arrow Financial Services, LLC*, 221 F.R.D. 303 (D. Conn. 2004);

*Orloff v. Syndicated Office Systems, Inc.*, 2004 WL 870691 (E.D. Pa. 2004);

*Bonett v. Education Debt Services, Inc.*, 2003 WL 21658267 (E.D. Pa. 2003);

*Gaumer v. The Bon-Ton Stores*, C.A. No. 02-8611 (E.D. Pa. Dec. 30, 2003);

*Street v. Portfolio Recovery Associates*, C.A. No. 01-3684 (E.D. Pa. July 30, 2003);

*Samuel-Bassett v. Kia Motors America, Inc.*, 212 F.R.D. 271 (E.D. Pa. 2000), *vacated on other grounds*;

*Ostan v. Law Offices of Mitchell N. Kay*, 232 F. Supp. 2d 436 (E.D. Pa. 2002);

*Ostan v. Collection Bureau of Hudson Valley*, 206 F.R.D. 109 (E.D. Pa. 2002);

*Saunders v. Berks Credit & Collections*, 2002 WL 1497374 (E.D. Pa. 2002);

*Schiling v. Let's Talk Cellular and Wireless*, 2002 U.S. Dist. LEXIS 3352 (E.D. Pa. 2002);

*Fry v. Hayt, Hayt and Landau*, 198 F.R.D. 461 (E.D. Pa. 2000);

*Smith v. First Union Mortgage Corporation*, 1999 WL 509967 (E.D. Pa. 1999);

*Miller v. Inovision*, C.P. Phila. County, December Term, 1999, No. 3504.

<u>Notable Cases</u>

*Samuel-Bassett v. Kia Motors America, Inc.*, C.P. Phila. County, January Term, 2001, No. 2199--5.6 million dollar verdict for class of Pennsylvania car purchasers;

*Stoner v. CBA Information Services*, 352 F. Supp. 2d 549 (E.D. Pa. 2005)--obtained $772,500 settlement for class of consumers who disputed errors in their credit reports;

*Perry v. FleetBoston Financial Corp.*, 2004 WL 1508518 (E.D. Pa. 2004)--defeated motion to compel arbitration in class action brought under Fair Credit Reporting Act;

*Crane v. Trans Union, LLC*, 282 F. Supp. 2d 311 (E.D. Pa. 2003)-- federal court held that credit reporting agencies that merely parrot information from credit furnishers and fail to forward dispute documentation face claims for punitive damages under the Fair Credit Reporting Act; violation of the Fair Credit Reporting Act presents a violation of Pennsylvania's Consumer Protection Law); *Lawrence v. Trans Union, LLC*, 296 F. Supp. 2d 582 (E.D. Pa. 2003)--same;

*Wisneski v. Nationwide Collections, Inc.*, 227 F.R.D. 259 (E.D. Pa. 2004)--obtained class certification in Fair Debt Collection Practices action in which a Pennsylvania federal court held for the first time that statutory net worth limitation is not limited to balance sheet net worth, and includes equity, capital stock and goodwill;

*Evantash v. G.E. Capital Mortgage Services, Inc.*, 2003 WL 22844198 (E.D. Pa. 2003)--federal court held that technical accuracy defense was not available to defendants under the Fair Credit Reporting Act;

*Sheffer v. Experian Information Solutions, Inc.*, 2003 WL 21710573 (E.D. Pa. 2003)--federal court held that Fair Credit Reporting Act permits as recoverable damage emotional distress in trying to correct errors in a consumer's credit file, even where no pecuniary or out-of-pocket losses;

*Sheffer v. Experian Information Solutions Inc.*, 249 F. Supp. 2d 560 (E.D. Pa. 2003)--federal court held that FCRA provides a private right of action against furnishers of information;

*Sullivan v. Equifax, Inc. et al.*, 2002 U.S. Dist. LEXIS 7884 (E.D. Pa. 2002)-- federal court held that reporting a debt to a credit reporting agency is a communication covered by the Fair Debt Collection Practices Act;

*Wenrich v. Cole*, 2000 U.S. Dist. LEXIS 18687 (E.D. Pa. 2000)-- federal court held that FDCPA provides protection for all persons, not just consumers;

*Jaramillo v. Experian Information Solutions, Inc.*, 155 F. Supp. 2d 356 (E.D. Pa. 2001); 2001 U.S. Dist. LEXIS 10221 (E.D. Pa. 2001)--federal court held that single publication rule does not apply to actions brought for violation of the Fair Credit Reporting Act;

Presentations/Lectures By Invitation

Faculty/Speaker, *Credit Reporting and Debt Collection Litigation*, Municipal Court Judicial Conference (CLE), Pennsylvania, PA, May 6, 1999

Speaker, *Protecting Privacy, Ensuring Accuracy*, National Association of Consumer Advocates, Albuquerque, NM, June 1, 2002;

Speaker, *Litigating Accuracy Issues With Credit Reporting Agencies*, National Association of Consumer Advocates, Chicago, Ill., May 14-16, 2004;

Speaker, *Understanding Credit Scoring*, Consumer Rights Litigation Conference, National Consumer Law Center, Boston, MA, November 7, 2004;

Speaker, *The People's Law School*, Philadelphia Bar Association, Philadelphia, PA, October 2004;

Faculty, *Fair Credit Reporting Litigation*, Consumer Protection Law, Pennsylvania Bar Institute, Philadelphia, PA and Mechanicsburg, PA, December 2004;

Speaker, *Litigating Accuracy Issues With Furnishers of Credit Data*, National Association of Consumer Advocates, New Orleans, LA, June 2-5, 2005.

Speaker, *Housing Expo*, Homeownership Counseling Association of the Delaware Valley, Philadelphia Convention Center, PA, June 11, 2005;

Guest Lecturer, Consumer Protection Law course, Temple Law School, 2003, 2004;

Mr. Francis regularly serves as a certified arbitration panelist with the Court of Common Pleas of Philadelphia County-Trial Division Program. He is a member of the Pennsylvania Trial Lawyers Association, Philadelphia Trial Lawyers Association, Philadelphia Bar Association, and National Association of Consumer Advocates, and serves on the Philadelphia Bar Association's Federal Courts Committee.

**MARK D. MAILMAN** is admitted to practice before the United States for the Eastern District of Pennsylvania and District of New Jersey as well as the state courts of Pennsylvania and New Jersey. He is a graduate of Muhlenberg College (B.A. magna cum laude, 1991) when

he was also inducted into Phi Beta Kappa. Mr. Mailman received his law degree from the Temple University School of Law (J.D. 1995). While at Temple Law School, he achieved the highest grade in his Trial Advocacy clinic. Throughout law school, Mr. Mailman interned at the Philadelphia District Attorney's Office where he tried cases and argued motions in the areas of domestic violence and sexual assault. Following graduation from law school, Mr. Mailman was an attorney with the law firm of Hwang & Associates where his practice focused on Lemon Law litigation. In 1996, Mr. Mailman was associated with the law firm of Fellheimer, Eichen, Braverman & Kaskey where his practice focused on complex commercial litigation including creditor's rights. He has been certified to serve as class counsel by state and federal courts in both contested and settlement class actions.

Class Counsel Certifications

*Perry v. FleetBoston Financial Corp.,* ___ F.R.D. ___ 2005 WL 1527694 (E.D. Pa. 2005);
*Beck v. Maximus, Inc.,* 2005 WL 589749 (E.D. Pa. 2005);
*Stoner v. CBA Information Services,* 352 F. Supp. 2d 549 (E.D. Pa. 2005);
*Bittner v. Trans Union, LLC,* C.A. No. 04-2562 (E.D. Pa. January 4, 2005);
*Wisneski v. Nationwide Collections, Inc.,* 227 F.R.D. 259 (E.D. Pa. 2004);
*Petrolito v. Arrow Financial Services, LLC,* 221 F.R.D. 303 (D. Conn. 2004);
*Orloff v. Syndicated Office Systems, Inc.,* 2004 WL 870691 (E.D. Pa 2004);
*Bonett v. Education Debt Services, Inc.,* 2003 WL 21658267 (E.D. Pa. 2003);
*Gaumer v. The Bon-Ton Stores,* C.A. No. 02-8611 (E.D. Pa. Dec. 30, 2003);
*Street v. Portfolio Recovery Associates,* C.A. No. 01-3684 (E.D. Pa. July 30, 2003);
*Samuel-Bassett v. Kia Motors America, Inc.,* 212 F.R.D. 271 (E.D. Pa. 2000), *vacated on other grounds*;
*Oslan v. Law Offices of Mitchell N. Kay,* 232 F. Supp. 2d 436 (E.D. Pa. 2002);
*Oslan v. Collection Bureau of Hudson Valley,* 206 F.R.D. 109 (E.D. Pa. 2002);
*Saunders v. Berks Credit & Collections,* 2002 WL 1497374 (E.D. Pa. 2002);
*Schilling v. Let's Talk Cellular and Wireless,* 2002 U.S. Dist. LEXIS 3352 (E.D. Pa. 2002);
*Fry v. Hayt, Hayt and Landau,* 198 F.R.D. 461 (E.D. Pa. 2000);
*Smith v. First Union Mortgage Corporation,* 1999 WL 509967 (E.D. Pa. 1999);
*Miller v. Inovision,* C.P. Phila. County, December Term, 1999, No. 3504.

Notable Cases

*Samuel-Bassett v. Kia Motors America, Inc.,* C.P. Phila. County, January Term, 2001, No. 2199–5.6 million dollar verdict for class of Pennsylvania car purchasers;

*Stoner v. CBA Information Services,* 352 F. Supp. 2d 549 (E.D. Pa. 2005)–obtained $772,500 settlement for class of consumers who disputed errors in their credit reports;

*Perry v. FleetBoston Financial Corp.,* 2004 WL 1508518 (E.D. Pa. 2004)–defeated motion to compel arbitration in class action brought under Fair Credit Reporting Act;

*Crane v. Trans Union, LLC,* 282 F. Supp. 2d 311 (E.D. Pa. 2003)– federal court held that credit reporting agencies that merely parrot information from credit furnishers and fail to forward dispute documentation face claims for punitive damages under the Fair Credit Reporting Act; violation of the Fair Credit Reporting Act presents a violation of

4

Pennsylvania's Consumer Protection Law); *Lawrence v. Trans Union, LLC*, 296 F. Supp. 2d 582 (E.D. Pa. 2003)--same;

*Wisneski v. Nationwide Collections, Inc.*, 227 F.R.D. 259 (E.D. Pa. 2004)--obtained class certification in Fair Debt Collection Practices action in which a Pennsylvania federal court held for the first time that statutory net worth limitation is not limited to balance sheet net worth, and includes equity, capital stock and goodwill;

*Evantash v. G.E. Capital Mortgage Services, Inc.*, 2003 WL 22844198 (E.D. Pa. 2003)--federal court held that technical accuracy defense was not available to defendants under the Fair Credit Reporting Act;

*Sheffer v. Experian Information Solutions, Inc.*, 2003 WL 21710573 (E.D. Pa. 2003)--federal court held that Fair Credit Reporting Act permits as recoverable damage emotional distress in trying to correct errors in a consumer's credit file, even where no pecuniary or out-of-pocket losses;

*Sheffer v. Experian Information Solutions Inc.*, 249 F. Supp. 2d 560 (E.D. Pa. 2003)--federal court held that FCRA provides a private right of action against furnishers of information;

*Sullivan v. Equifax, Inc. et al.*, 2002 U.S. Dist. LEXIS 7884 (E.D. Pa. 2002)-- federal court held that reporting a debt to a credit reporting agency is a communication covered by the Fair Debt Collection Practices Act;

*Wenrich v. Cole*, 2000 U.S. Dist. LEXIS 18687 (E.D. Pa. 2000)-- federal court held that FDCPA provides protection for all persons, not just consumers);

*Jaramillo v. Experian Information Solutions, Inc.*, 155 F. Supp. 2d 356 (E.D. Pa. 2001); 2001 U.S. Dist. LEXIS 10221 (E.D. Pa. 2001)--federal court held that single publication rule does not apply to actions brought for violation of the Fair Credit Reporting Act;

<u>Presentations/Lectures By Invitation</u>

Faculty/Speaker, *Credit Reporting and Debt Collection Litigation*, Municipal Court Judicial Conference (CLE), Pennsylvania, PA, May 6, 1999;

Speaker, *Protecting Privacy, Ensuring Accuracy*, National Association of Consumer Advocates, Albuquerque, NM, June 1, 2002;

Speaker, *FCRA/Building On Our Success*, National Association of Consumer Advocates, Orlando, FL, March 7-9, 2003;

Speaker, *Litigating Accuracy Issues With Credit Reporting Agencies*, National Association of Consumer Advocates, Chicago, Ill., May 14-16, 2004;

Speaker, *Understanding Credit Scoring*, Consumer Rights Litigation Conference, National Consumer Law Center, Boston, MA, November 7, 2004;

Speaker, *Litigating Accuracy Issues With Furnishers of Credit Data*, National Association of Consumer Advocates, New Orleans, LA, June 2-5, 2005.

In 2004, Mr. Mailman was voted and named one of Pennsylvania's Super Lawyers in a recent study by *Law and Politics* published by *Philadelphia Magazine* and *Pennsylvania Super Lawyers 2004* and again in 1995 he was named a Pennsylvania Super Lawyer. Mr. Mailman has lectured before judges, lawyers and various professional organizations on the topics of Fair Debt Collection and Fair Credit Reporting litigation.

Mr. Mailman has litigated cases on behalf of victimized consumers throughout Pennsylvania. He concentrates his practice in the areas of Fair Debt Collection, Fair Credit Reporting, Warranty/Lemon Law and consumer class actions. Additionally, he is a member of the Pennsylvania Trial Lawyers Association, Philadelphia Trial Lawyers Association, Philadelphia Bar Association, and National Association of Consumer Advocates, and serves on the Philadelphia Bar Association's Federal Courts Committee.

## The Firm's Associates

**JOHN SOUMILAS** has been an associate with the firm since January 2003. He is admitted to practice before the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, as well as the state courts of Pennsylvania and New Jersey. Mr. Soumilas is a 1994 *cum laude* graduate of Rutgers University, where he was inducted into Phi Beta Kappa. He also holds a master's degree from the State University of New York at Stony Brook, which he earned in 1996. Mr. Soumilas received his law degree *cum laude* from the Temple University Beasley School of Law in 1999, where he was a member of the Jessup Moot Court and Temple Law Review.

Prior to joining the firm, Mr. Soumilas was an associate at Morgan, Lewis & Bockius LLP in Philadelphia. He began his legal career by clerking for Justice Russell M. Nigro of the Supreme Court of Pennsylvania during the 1999-2000 term. Mr. Soumilas is the author of several papers and articles, including *Compilations: Truth, Privacy, and the Work Product Doctrine*, Temp. L. Rev. Vol. 74:1 (2000) and *Recent EEO Decisions and Developments*, with Mark S. Dichter, presented at the Southwestern Legal Foundation's Forty-Seventh Annual Institute of Labor and Employment Law. Mr. Soumilas is also a contributing author to *Occupational Safety and Health Law* (2d ed. 2002).

Mr. Soumilas concentrates his practice in the areas consumer protection law, including fair credit reporting, fair debt collection, fair credit billing and consumer privacy. He also handles warranty, lemon law and car fraud matters.

**MICHAEL J. SZYMBORSKI** has been an associate with the firm since August 2003. He is admitted to practice in the state courts of Pennsylvania. Mr. Szymborski is a 1995 graduate of Holy Family College. He received his law degree from Widener University School of Law in 1998.

Prior to joining the firm, Mr. Szymborski was an associate with The Law Offices of Benjamin L. Winderman in Philadelphia, where his practice focused on wills and estates, bankruptcy, and domestic relations. While with this firm, Mr. Szymborski began to perform pro

bono services for people afflicted with amyotrophic lateral sclerosis (also known as Lou Gehrig's Disease), which he continues today.

Mr. Szymborski concentrates his practice in the areas consumer protection law, including fair credit reporting and fair debt collection.

### The Firm's Staff

The firm employs a highly qualified staff of paralegals, legal assistants and secretaries to advance its objectives.

7