**EXHIBIT C**

*Petrolito v. Arrow Financial Services*
No. 3:02-cv-484 (JCH)

## COSTS

| | |
|---|---|
| Computer Assisted Legal Research: | $77.50 |
| Copying Charges: | $20.25 |
| Long Distance Telephone & 1-800 calls: | $55.60 |
| Travel for Final Approval Hearing | $150.00 (estimated) |
| TOTAL: | **$303.35** |