UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT **FILED**

| | |
|---|---|
| LUCIANO PETROLITO | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ARROW FINANCIAL SERVICES LLC | ) |
| | ) |
| | ) |

2005 JUL 28  A 10: 51

C. A. No. 3:02CV 484 JCH (HBF)

U.S. DISTRICT COURT

## ORDER

AND NOW, this 28th day of July, 2005, upon consideration of Plaintiffs' Motion

for Award for Attorneys' Fees and Reimbursement of Expenses and the response of the

Defendant, if any, it is HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    Plaintiffs' counsel is awarded fees and reimbursement of expenses in the total

amount of $201,703.82 which shall be paid to Class Counsel Joanne Faulkner, Esq.

2.    Attorney Faulkner shall be authorized and directed to allocate and distribute the

fees and expenses among Class Counsel in a manner which in her good faith determination,

reflects each counsel's contribution to the institution, prosecution, and settlement of the claims

asserted in the action.

3.    All Class Counsel shall be subject to the continuing jurisdiction of the Court in

connection with this award of attorneys' fees and reimbursement of expenses.

BY THE COURT:

Janet C. Hall, U.S.D.J.