United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

7-25-05

Kevin F. Rowe, Clerk

By: _____
Deputy Clerk

United States District Court for the District of Connecticut

Luciano Petrolito, et al

v.

Arrow Financial Service, LLC

Civil Action No. 3:02 CV 484

## AFFIDAVIT OF MICHAEL CAINES

STATE OF ILLINOIS, COUNTY OF COOK

BEFORE ME, the undersigned authority, this day personally appeared, Michael Caines, who being first duly sworn, deposes and says:

1. That he is the Chief Executive Officer of First Class, Inc. and has personal knowledge of this matter.

2. That First Class, Inc., a Class Action Mailing & Administration Service, was retained to act as the mailing service and notice administrator for this case.

3. That First Class, Inc. was supplied with the notice and mailing list from Arrow Financial Service, LLC, which contained a list of the names of the class members and their mailing addresses. The list contained two groups: a "Cash" group of 4,609 records and a "Credit" group 38,241 records.

4. That the addresses of the class members were checked against the United States Postal Service's "NCOALink" list, which contains new addresses for anyone who submitted a "change of address" form to the Postal Service within the past 18 months, and any change-of-addresses found were used to update the mailing list.

5. That on May 16, 2005 First Class, Inc. mailed the notice to a total of 42,850 class members via First Class mail with "Forwarding Service Requested" on each notice, postage prepaid.

6. That each notice had the return address of "626 S. Clark St Fl 7, Chicago, Il 60605-1711" so that any undeliverable mail would be returned to the offices of First Class, Inc.

7. That 14,391 Credit group notices, and 1,132 Cash group notices were returned as "undeliverable" by the United States Postal Service with no further information available.

8. That 187 Credit group notices, and 37 Cash group notices were returned with a new address, and the notice was remailed to that new address.

9. That 310 claim forms were received on-time, and 9 additional claim forms were received after the cut-off date, during the period of June 18, 2005 through July 1, 2005, for the Cash group.

10. That the responses to the question on the claim form ("*I also certify that I DID ____ DID NOT ____ (check one) pay money to Arrow Financial Services LLC as a result of receiving such a demand.*") there were 262 "DID" responses, 20 "DID NOT" responses, and 37 with no response.

T:\Class Action Maintenance\Affidavits\6951 Petrolito v Arrow Notice Affidavit.doc

11. That no Objections were received.

12. That three (3) Requests for Exclusion were received:
    a. CHARLENE & KENN BAKER     (Received on June 21, 2005)
    b. KHAMMA VANNABOUATHONG     (Received on May 23, 2005)
    c. ANGIE WATKINS             (Received on June 17, 2005)

FURTHER AFFIANT SAYETH NOT.

_____          _____
AFFIANT                             NOTARY PUBLIC

"OFFICIAL SEAL"
LONNA STREIGHT-SCHULZ
Notary Public, State of Illinois
My Commission Expires 09/13/06

(seal)

SWORN TO AND SUBSCRIBED before me this 19th day of July, 2005 by Michael Caines, Chief Executive Officer of First Class, Inc., who is personally known to me.

- 2 -