UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCIANO PETROLITO ) <br> on behalf of himself and all ) <br> others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARROW FINANCIAL SERVICES ) <br> LLC ) <br> Defendant. ) <br> ) | C. A. No. 3:02 CV 484 JCH (HBF) |

### AGREED MOTION TO DISTRIBUTE SETTLEMENT FUNDS
### TO CLASS MEMBER NOEMI BURGOS

Plaintiff Luciano Petrolito, by counsel, hereby moves this Honorable Court for an Order permitting a distribution to a member of the settlement Class certified by this Court, and avers in support thereof as follows:

1. By Final Judgment and Order entered July 28, 2005, this Court granted final approval of the class action settlement in this case.

2. The settlement as approved by the Court provided, among other things, that the sum of Two Hundred Seventy-Five Thousand Dollars ($275,000.00) was to be paid for the benefit of the approximately 4,600 members of the Class who paid all or part of a sum demanded by Defendant during the relevant time period. Payment of such sum to members of the Class was to be made on a claims-made basis. Class members who submit valid and timely Claim Forms ("Claiming Class Members") would share the sum on a *pro rata* basis in accordance with the amounts paid to Arrow by such member. Any unclaimed funds or uncashed checks would not revert to Defendant, but would be paid to a *cy pres* recipient agreed upon by the parties.

3. Under the settlement, Class members seeking to share in the funds were required to submit Claim Forms no later than June 17, 2005.  At the hearing to consider final approval on July 28, 2005, the parties jointly requested, and the Court agreed, that Class members who submitted Claim Forms up to the date of that hearing would be eligible to receive a distribution.

4. Noemi Burgos, who resides at 50 Kencove Drive, East Hartford, CT 06118, is a member of the settlement Class.

5. Ms. Burgos was eligible to receive a distribution in this case because she had paid money to Defendant totaling $815.00 in response to a demand for payment by Defendant during the relevant time period.

6. While Ms. Burgos received notice of the settlement, she did not receive a Claim Form.  Notwithstanding, Ms. Burgos made independent inquiry concerning this case by reviewing the dockets in the case.  She was able to download a copy of the Claim Form and, on July 28, 2005, submitted that Claim Form to Class Counsel instead of to the settlement administrator.  *See* letter of July 28, 2005 from Ms. Burgos' husband Charles E. Perry with enclosures, attached hereto.

7. Following entry of the Court's Final Judgment and Order on July 28, 2005, upon the Effective Date as defined in the Settlement Agreement, the settlement administrator made payments to all Claiming Class Members.

8. Because Ms. Burgos did not submit the Claim Form to the settlement administrator, she did not receive a distribution.

9. Following distribution to Claiming Class Members, the settlement administrator has reported that the sum of $24,328.69 remains undistributed, and available to be paid to the agreed-upon *cy pres* recipients.

10. The settlement administrator has calculated that if Ms. Burgos' claim is approved, she will be distributed the sum of $111.18.

11. Ms. Burgos' failure to submit a Claim Form to the settlement administrator by the deadline was through no fault of her own. The Claim Form was inadvertently not sent to her and when she acquired a form through her own diligence, she promptly submitted it to Class Counsel on the very day the Court entered the Final Judgment and Order.

12. The parties agree that Ms. Burgos should be distributed the sums she would receive had her Claim Form been timely submitted directly to the settlement administrator.

WHEREFORE, Plaintiff Luciano Petrolito respectfully requests that the Court grant relief as set forth in the accompanying the proposed Order and allow the settlement administrator to send the appropriate distribution to Noemi Burgos.

BY: ____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

**DONOVAN SEARLES, LLC**
David A. Searles, Esquire
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

**FRANCIS & MAILMAN, P.C.**
James A. Francis
Mark D. Mailman
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110
(215) 735-8600

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LUCIANO PETROLITO**<br>on behalf of himself and all<br>others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>**ARROW FINANCIAL SERVICES LLC**<br>     Defendant. | C. A. No. 3:02 CV 484 JCH (HBF) |

## **ORDER**

AND NOW, this ___ day of _____, 2006, upon consideration of the Agreed Motion to Distribute Settlement Funds to Class Member Noemi Burgos, and the Court being fully advised in the premises, the Motion is hereby GRANTED. Defendant is ORDERED to distribute the appropriate sum of money to Class Member Noemi Burgos.

               BY THE COURT:

               _____
               Janet C. Hall, U.S.D.J.

Certificate of Service

I hereby certify that on Jan. 20, 2006, a copy of foregoing Motion and Exhibit was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      ____/s/ Joanne S. Faulkner___
      JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772 0395
      j.faulkner@snet.net