July 28, 2005

James A. Francis, Esquire
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110

Re:   Luciano Petrolito v. Arrow Financial Services

Dear Attorney Francis,

Please find enclosed a claim form for my wife Noemi (Burgos) Perry along with proof that monies were in fact paid to Arrow Financial Services on behalf of Lechmere. Your office sent the Notice of Class Action and of Proposed Settlement (without claim form) to my attention, but the credit card owned by Lechmere was under my wife's maiden name. I called your office several times about a month ago to inquire as to where to forward the appropriate documents and was told by either your secretary or paralegal that they would call me back and I have never heard from them, so I copied the claim form from the federal database.

Thank you for your assistance in this matter and if you have any questions or need any additional information, please feel free to call me at (860) 569-0866 or (860) 541-3438.

Sincerely,

Charles E. Perry

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUCIANO PETROLITO )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ARROW FINANCIAL SERVICES LLC )<br>)<br>_____ ) | C. A. No. 3:02CV 484 JCH (HBF) |

### CLAIM FORM

TO RECEIVE YOUR SHARE OF THE SETTLEMENT FUND DESCRIBED IN THE ENCLOSED NOTICE, YOU MUST COMPLETE THIS CLAIM FORM AND RETURN IT TO:

Settlement Administrator
c/o _____

THIS CLAIM FORM MUST BE RETURNED IN AN ENVELOPE POSTMARKED NO LATER THAN [30 days from date of Notice].

IF YOU NEED HELP IN FILLING OUT THIS CLAIM FORM OR HAVE ANY QUESTIONS, YOU MAY CALL CLASS COUNSEL, THE LAW FIRM OF FRANCIS & MAILMAN, P.C., TOLL FREE AT 1-877-735-8600, AND MENTION YOU ARE CALLING CONCERNING THE PETROLITO MATTER.

Name: __Noemi__ ____ __Perry (Burgos)__    Date of Birth: __06-15-1972__
       (First)    (M.I.)    (Last)

Address: __50 Kencove Drive__ _____ (Apt./Unit #)
         (Street)
__East Hartford__    __CT__    __06118__
(City)    (State)    (Zip)

I wish to participate in the class settlement in the above-entitled case. I certify that, between March 20, 1999 and March 31, 2005, I got a demand from Arrow Financial Services LLC for payment of a non-business debt.

I also certify that I DID __X__ DID NOT ___ (check one) pay money to Arrow Financial Services LLC as a result of receiving such a demand.

My right to receive this money has not been assigned to any third party nor become the property of any Bankruptcy Trustee.

_____
(Signature)
__07-26-05__
(Date)

**NOTE: THIS CLAIM FORM WILL NOT BE VALID WITHOUT YOUR NAME AND COMPLETE ADDRESS. IF YOU SUBMIT THE FORM WITHOUT THAT INFORMATION YOU WILL NOT RECEIVE MONEY IN THIS CASE.**

March 12, 2001

Lechmere/MBGA
P.O. Box 29116
Shawnee Mission, Kansas 66201

Re:   **Noemi Burgos**
      **CG5W30060553*****

Dear Sir or Madam:

In the past I had a credit card account with your client formerly known as "Lechmere" and as of the present date this account remains outstanding. In an effort to resolve all of my outstanding debts, I have contacted all of my creditors and have resolved my debts in full. As of this date this account is my final and last outstanding debt and I would very much like to resolve it as well. I would greatly appreciate it if someone from your company could contact me either by phone or mail to finally clear the outstanding balance of $815.00 remaining on this account. Thank you in advance for your assistance regarding this matter.

Sincerely,

Noemi Burgos-Perry
21D Colonial Drive
Rocky Hill, Connecticut 06067
(860) 257-7589

January 26, 2002

Trans Union Corporation
P.O. Box 390
Springfield, Pennsylvania 19064-0390

**Noemi (Burgos) Perry**
**21-D Colonial Drive**
**Rocky Hill, Connecticut  06067**

DOB: ▇▇▇
SSN: ▇▇▇

## ACCOUNTS

1. **Arrow Financial Services 881XXXX**
   **Lechmere/MBGA CG5W30060553739**

Account is originally Lechmere/MBGA and was transferred to Arrow Financial Services. An Agreement to make monthly payments of $100.00 was accepted and agreed upon and the balance is now $152.00. At the time of the agreement on March 12, 2001 the balance was around $815.00. The agreement has been in good standing and will be paid in full on or around February 20, 2002.

**ARROW FINANCIAL SERVICES LLC**

PO BOX 469005
CHICAGO, IL 60646-9005

**ADDRESS SERVICE REQUESTED**

OFFICE HOURS:
MONDAY THRU THURSDAY: 9:00 AM - 9:00 PM
FRIDAY: 9:00 AM - 5:00 PM
SATURDAY: 8:00 AM - 12:00 PM
PHONE NUMBER 800-279-0224 EXT 6000

**FILE NUMBER:** 8811185
**ACCOUNT #:** CG5W30060553739
**AMOUNT DUE:** $0.00

6023 1 AB 0.280
8811185 0260
NOEMI BURGOS & NOEMI/CHARL PERRY
21 COLONIAL DR APT D
ROCKY HILL   CT   06067-2131

May 20, 2002

RE: A.F.S. ASSIGNEE OF WARDS

WE HAVE RECEIVED YOUR INQUIRY REGARDING THE ABOVE REFERENCED ACCOUNT. YOUR REQUEST HAS BEEN REFERRED TO OUR CUSTOMER CARE DEPARTMENT FOR REVIEW. UPON REVIEW OF YOUR INQUIRY, WE HAVE CONTACTED THE APPROPRIATE CREDIT BUREAUS AND REQUESTED THE FOLLOWING ADJUSTMENT TO YOUR CREDIT REPORT.

**ACCOUNT HAS BEEN PAID IN FULL**

WE APPRECIATE THE OPPORTUNITY TO ASSIST YOU IN THIS MATTER. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE DEPARTMENT AT (800) 279-0224 ext 6000.

IMPORTANT NOTICE REQUIRED BY LAW: THIS AGENCY IS ENGAGED IN THE COLLECTION OF DEBTS. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

SINCERELY,

CUSTOMER CARE DEPARTMENT
(800) 279-0224 EXT. 6000
1ONAROW01260

0008811185 0CG5W30060553739 0260 0000010000 0000000000 05236W 1