UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN 24 P 5: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LUCIANO PETROLITO<br>on behalf of himself and all<br>others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARROW FINANCIAL SERVICES<br>LLC<br>    Defendant. | C. A. No. 3:02 CV 484 JCH (HBF) |

## ORDER

AND NOW, this 23rd day of Jan., 2006, upon consideration of the Agreed Motion to Distribute Settlement Funds to Class Member Noemi Burgos, and the Court being fully advised in the premises, the Motion is hereby GRANTED. Defendant is ORDERED to distribute the appropriate sum of money to Class Member Noemi Burgos.

BY THE COURT:

_____
Janet C. Hall, U.S.D.J.